# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| JOHN R. FISER, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. _____ |
| | ) | |
| SELECTIVE INSURANCE COMPANY | ) | JURY DEMAND |
| OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

---

## PETITION FOR REMOVAL

---

PLEASE TAKE NOTICE that the Defendant, Selective Insurance Company of America, hereby removes this case to the United States District Court for the Eastern District of Tennessee, pursuant to 28 U.S.C. §§ 1441 and 1446. The grounds for the removal are as follows:

1.      Plaintiff filed the above-styled action on October 1, 2018 against Selective Insurance Company of America in the Circuit Court of Blount County, Tennessee. A true and correct copy of the Complaint in the suit is styled: John R. Fiser, Inc. v. Selective Insurance Company of America, docket number L-20005 is attached hereto as Exhibit 1.

2.      The suit was served on the Tennessee Department of Commerce and Insurance on October 18, 2018, and was sent to Defendant, Selective Insurance Company of America thereafter.

3.      Other than the filing of the Complaint, no proceedings have taken place in this matter.  This Defendant removes this action to the United States District Court for the Eastern District of Tennessee, pursuant to the provisions of 28 U.S.C. § 1441 on the grounds that this Court has jurisdiction pursuant to 28 U.S.C. §§ 1332 and 1333.

4.      Plaintiff, John R. Fiser, Inc. alleges in the Complaint that it is a Tennessee Corporation with its principal place of business in Knox County, Tennessee.

5.      Selective Insurance Company of America is a New Jersey Corporation with its principal place of business located in Branchville, Sussex County, New Jersey.

6.      This dispute is between persons (companies) of different states and the amount in dispute is in excess of $75,000.00, exclusive of costs and interest; therefore, it also meets the jurisdictional requirements of this Court pursuant to the provisions of 28 U.S.C. § 1332(a).

7.      Venue is correct herein because Plaintiff's action is pending in Blount County, Tennessee.

8.      Counsel for the Defendant has served on counsel for Plaintiff a copy of this Petition for Removal and a copy of the Petition for Removal be filed in the Blount County Circuit Court by the Defendant within 30 days of service of the Complaint on the Defendant.

WHEREFORE, please take notice that Defendant, the Selective Insurance Company of America removes the state action styled John R. Fiser, Inc. v.

Selective Insurance Company of America, docket number L-20005 from the Circuit Court of Blount County, where it is now pending, to the United States District Court for the Eastern District of Tennessee, on this the 13th day of November, 2018.

Respectfully submitted,

**SPICER RUDSTROM PLLC**

Michael J. Vetter, Sr.
BPR# 13642
Bank of America Tower
414 Union Street, Suite 1700
Nashville, Tennessee 37219-1823
(615) 259-9080 telephone
(615) 259-1522 facsimile

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been sent via United States mail, postage prepaid, properly addressed to:

W. Tyler Chastain
Bernstein, Stair & McAdams, LLP
116 Agnes Road
Knoxville, TN 37919
(865) 546-8030

this 13th day of November, 2018.

Michael J. Vetter, Sr.

DEFENDANTS COPY

FILED

OCT 01 2018

TOM HATCHER
CIRCUIT COURT CLERK

**IN THE CIRCUIT COURT FOR BLOUNT COUNTY, TENNESSEE**

| | | |
|---|---|---|
| JOHN R. FISER, INC., | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. L-20005 |
| | ) | EQUITY |
| SELECTIVE INSURANCE COMPANY | ) | |
| OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

Plaintiff, John R. Fiser, Inc. ("Plaintiff" or the "Insured"), by and through legal counsel, for cause of action against Defendant, Selective Insurance Company of America, ("Defendant" or "Selective"), states as follows:

### THE PARTIES

1.    Plaintiff is a Tennessee corporation with its principal place of business in Knox County, Tennessee.

2.    Defendant is an insurance company authorized to do business in Tennessee and may be served with process through its registered agent, Insurance Commissioner, Tennessee Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, Tennessee 37204.

### VENUE AND JURISDICTION

3.    Venue and jurisdiction are appropriate in Blount County Circuit Court; Equity, in that the events which comprise the cause of action occurred in Blount County, Tennessee.

## FACTUAL ALLEGATIONS

4.    The Insured owns commercial real property located at 3260 North Bend Circle, Northpark Boulevard, Building 4, Alcoa, Blount County, Tennessee (the "Subject Property").

5.    In late 2016, the Insured noticed cracks forming in the center of the end wall and foundation of the Subject Property.

6.    The Insured hired GEOServices to investigate the underlying reason for the cracks forming in the walls and foundation of the Subject Property. GEOServices conducted a limited geotechnical exploration at the Subject Property and in its report to the Insured dated November 14, 2016, opined that results from the initial limited geotechnical exploration at Building 4 within a reasonable degree of engineering certainty indicated that subsidence due to sinkhole activity was the most likely cause of the observed distress at Building 4. A true and accurate copy of the November 14, 2016 GEOServices report is attached hereto as **Exhibit "A"** and incorporated herein by reference.

7.    The Insured maintained a Building and Business Personal Property insurance policy with effective dates of December 31, 2015 to December 31, 2016 with a policy limit of $84,092,826 (the "Policy" or the "Insurance Policy") with Defendant. A true and accurate copy of the Policy is attached hereto as **Exhibit "B"** and incorporated herein by reference.

8.    On or around December 16, 2016, the Insured submitted a claim under the Policy (the "Claim") with Selective based on the report of GEOServices attached previously as **Exhibit A**.

9.    Selective denied Insured's Claim.

2

10.    In denying the Claim, Selective took (and continues to take the position) the position that the loss to the Subject Property was not caused by sinkhole activity/collapse, but rather from consolidation of fill soil over time.    Specifically, Selective stated the Loss:

> [W]as caused by differential foundation movement resulting from long-term consolidation of fill soil, which may have been exacerbated by shrink/swell clays.  There has been additional evidence of prior repairs to the building and soil surrounding the building. This includes previously repaired cracks in the block walls of the building, concrete buried next to the building, and review of street side photos (Google Maps) dating back to 2012 which show displacement of the concrete blocks.

> The information received and reviewed indicates a long term issue at the described location. Further, no documentation has been received which confirms sinkhole collapse has occurred at this property. Based on this and our prior communications, we must reiterate our previous communications that there is unfortunately, no coverage afforded for this for this loss and we must respectfully deny your claim. We regret a more favorable decision could not have been reached.

11.    The Insured asserts that Selective, without good cause or engineering findings, has denied the Claim.

12.    The Insured's geological information and findings from GEOServices clearly identifies that the loss in question was caused by a covered event, a Sinkhole Collapse.

13.    The Insured further submitted to Selective three (3) separate reports and findings of GEOServices, including the following: (a) "Report of Limited Geotechnical Exploration, Northpark Boulevard Buildings 4, 5, and 10 Distress Evaluation", dated November 14, 2016;  (b) "Addendum No, 2", dated December 20, 2017; and (c) "Addendum No. 3" dated January 9, 2018. True and accurate copies of these additional reports from GEOServices are attached hereto as **Collective Exhibit "C"** and incorporated herein by reference.

3

14.     From the first investigation and report of November 14, 2016 and going forward, GEOServices has consistently opined that results from the initial limited geotechnical exploration at the Subject Property within a reasonable degree of engineering certainty indicated that subsidence due to sinkhole activity was the most likely cause of the observed distress at the Subject Property.

15.     Pursuant to the DEFINITIONS section under Selective's COMMERCIAL OUTPUT PROGRAM PROPERTY COVERAGE PART (CO-1000 10/02), the denial, based on the evidence presented, is improper. Under the DEFINITIONS, it is provided that:

> **29.** "Sinkhole collapse" means the sudden settlement or collapse of earth supporting the covered property into subterranean voids created by the action of water on a limestone or similar rock formation. It does not include the value of the land or the cost of filling sinkholes.

16.     Coverage of the Insured's claim is afforded under the Policy for "Sinkhole Collapse". As per GEOServices, this is the exact event that has caused the loss at the Subject Property.

17.     Selective hired Rimkus to conduct an investigation of the Claim and underlying cause of the foundation's movement. Not surprisingly, Rimkus' report did not agree with GEOServices.

18.     Addendum No. 3, pages 4 and 5, by GEOServices sets forth additional findings disputing Rimkus's findings and again concluding as set forth in Exhibit C that the damages and loss at Building No. 4 were due to sinkhole activity.

19.     Contrary to December 2017 Rimkus report (obtained by Selective) implying the Subject Property was not constructed within a closed contour depression, GEOServices clearly found that per the United States Geological Survey (USGS)

4

Geologic Map of the Maryville Quadrangle (Cattermole, 1962) that Building 4 was constructed within a mapped closed contour depression, which in turn creates an elevated risk of sinkhole formation.

20.   Selective's denial seeks to ignore or minimize, without any applicable basis, the reports and proper findings submitted by GEOServices as to the Sinkhole Collapse at the Subject Property.

21.   The losses incurred by the Insured should be covered under the Policy. Tenn. Code Ann. § 56-7-105.

22.   The Plaintiff has incurred damages to the Subject Property in an amount no less than $90,691.75 based on a cost to repair. In addition, Plaintiff seeks additional costs to return the Subject Property to the condition it was in at the date of loss of December 16, 2016, including without limitation:

(i)     Repair/Replace masonry end wall. This will probably require the replacement of this wall;
(ii)    Repair asphalt where borings were taken/settlement occurred at grade level man door;
(iii)   The landscaping repaired/replaced where the foundations were repaired and it was removed;
(iv)   Re-caulk control joints in masonry walls; and,
(v)    Replace office/bathrooms that had to be removed to repair the sinkhole/building foundations.

23.   The Plaintiff has and continues to suffer loss of rent due to the refusal of Selective to pay the Claim. The loss of rents for the period of time from January 1, 2017 through August 31, 2018 which totals 20 months at $1,983.13 per month, is $39,662.60, which amount will, as stated, increase in the amount of $1,983.13 monthly.

24.   Further, based on demand by Selective, Plaintiff paid half of the Rimkus bill in the amount of $2,500.00 while reserving its rights to contest its findings and seeking reimbursement for this amount herein.

## COUNT I:  BREACH OF INSURANCE CONTRACT

25.    Plaintiff re-avers allegations contained in Paragraphs 1 through 24 of this Complaint and incorporates them herein by reference.

26.    Plaintiff and Defendant entered into a contract of insurance.

27.    Defendant breached the insurance contract by refusing to accept Plaintiff's Claims and pay its losses properly due under the Insurance Policy and Plaintiff has suffered damages.

28.    Based on the Defendant's breach of the insurance Policy, Plaintiff is entitled to the recovery of all damages proven for such breach, including cost of repairs, and loss rents.

## COUNT II: BAD FAITH REFUSAL TO PAY

29.    Plaintiff reavers its allegations contained in Paragraphs 1-28 of the Complaint and incorporates them herein by reference.

30.    Following the discovery of the sinkhole at the Property, Plaintiff demanded a payment from Defendant under the Insurance Policy.

31.    Defendant refused to make adequate payment to Plaintiff as was required under the Insurance Policy.

32.    Defendant's refusal to make adequate payment to Plaintiff was made without a reasonable basis in fact or law.

33.    Defendant's refusal to make adequate payment to Plaintiff was made in bad faith and for the purpose of denying the benefits of the Insurance Policy to Plaintiff.

34.    Defendant owed Plaintiffs the following duties, among others: (a) a duty to honor the insurance contract for the entire policy duration; (b) a duty to conduct a prompt, reasonable and diligent investigation of the facts of the case to determine the

6

validity of the claims made by Plaintiff against Defendant; (c) a duty to evaluate the Plaintiff's claims fairly; (d) a duty to attempt in good faith to effectuate a prompt, fair and equitable settlement of a claim where liability is reasonably clear; (e) a duty to act promptly and reasonably in settling the claim; (f) a duty not to reject a reasonable and fair offer of settlement; (g) a duty not to put its insured through unnecessary litigation; (h) a duty not to put its insured's assets at risk; (i) a duty to refrain from actions that would injure Plaintiff's ability to obtain the benefits of the insurance contract; and (j) a duty of good faith and fair dealing.

35. Defendant breached the Insurance Policy and its duties owed to Plaintiff.

36. Plaintiff gave Defendant sixty (60) days' notice pursuant to Tenn. Code Ann. § 56-7-105 that it intended to claim bad faith refusal to pay on Defendant's part.

37. Defendant's actions herein constitute bad faith insurance practices under Tennessee law codified at Tenn. Code Ann. § 56-7-105 et seq.

38. Pursuant to the above referenced statute, Plaintiff seeks a sum not exceeding twenty-five percent (25%) on the liability for the loss from Defendant due to its bad faith insurance practices plus attorney's fees Plaintiff incurred in bringing this action against Defendant.

**WHEREFORE,** premises considered, Plaintiff, John R. Fiser, Inc. prays that it be accorded the following relief:

1. That process is served on Defendant, Selective Insurance Company of America and it be required to answer the Complaint;

2. That the Court enter a judgment against Defendant in favor of Plaintiff for damages to the Subject Property caused by Defendant's breach of contract and incidental and consequential damages in an amount to be proven at trial but in any

7

event, no less than $95,000.00 plus loss of rents at $1,983.13 per month as well as expenses paid for reports and assessments;

3.    That the Court award an additional twenty-five percent (25%) of the liability award to Plaintiff as damages and award attorney's fees and discretionary costs in bringing this action against Defendant due to the bad faith refusal to pay Defendant pursuant to Tenn. Code Ann. § 56-7-105 et seq.;

4.    That all costs of this action be taxed against the Defendant; and

5.    That Plaintiff have such other, further and general relief to which it may be entitled.

Respectfully submitted,

BERNSTEIN, STAIR & MCADAMS LLP

By: _____
        W. TYLER CHASTAIN (BPR #016029)
        116 Agnes Road
        Knoxville, Tennessee 37919
        (865) 546-8030

        Counsel for Plaintiff, John R. Fiser, Inc.

# EXHIBIT A



**GEOServices, LLC-Geotechnical and Materials Engineers**

November 14, 2016

Fiser, Inc.
201 Sherlake Lane
Knoxville, Tennessee 37922

Attention:    Mr. Chris Cole
ccole@fiserinc.com

Subject:    **REPORT OF LIMITED GEOTECHNICAL EXPLORATION**
**North Park Boulevard Buildings 4, 5, and 10 Distress Evaluation**
Alcoa, Tennessee
GEOServices Project No. 21-16708R1

Dear Mr. Cole:

GEOServices, LLC has completed the report of limited geotechnical exploration performed for the subject project. Our services were performed in accordance with our Proposal No. 11-16325, dated October 6, 2016, and as authorized by you. The purpose of our exploration was to explore the site subsurface conditions in the area of the observed distress and provide geotechnical recommendations as to the cause and recommendations for remediation of the observed distress, if found to be geotechnically related.

## PROJECT INFORMATION

The project site is located at the North Park commercial development in Alcoa, Tennessee. GEOServices visited the site on October 5, 2016, to observe the distress that has been recently observed at Buildings 4, 5, and 10. During our site visit, we noted that each building has experienced apparent cracking near the building corners. The entrance doors at each location have also moved and are difficult to operate. Additionally, we observed heaving, depressed, and cracked soils adjacent to the outside walls of buildings 4 and 5. We also observed ground subsidence outside of building 4, which may be indicative of karst activity. As a result of the observed distress and ground subsidence, we have been asked to perform a limited geotechnical exploration to determine the cause of the distress and to provide recommendations for remediation, should they be determined to be geotechnical related.

## FIELD EXPLORATION

The site subsurface conditions were explored with three (3) soil test borings performed adjacent to the building corners. Boring B-1 is located at Building 10, boring B-2 is located Building 5, and Boring B-3 is located at Building 4. The boring locations were marked in the field by GEOServices personnel. All depths in this report reference the ground surface that existed at the time of this exploration; however, ground surface elevations were not provided.

Drilling was performed on November 4, 2016. The borings were advanced using 3.25-inch inside diameter hollow stem augers (HSA) with a CME 55 truck-mounted drill rig. Within each boring, standard penetration test (SPT) and split-spoon sampling were performed at 2.5 foot intervals in the upper 10 feet, and 5 feet intervals thereafter. The drill crew worked in general accordance with ASTM International (ASTM) D 6151 method for HSA drilling. Sampling of overburden soil was performed in general accordance with ASTM D 1586, per the SPT procedure. The borings were backfilled with soil cuttings and pavements were patched before departing the site. Detailed information pertaining to each boring location can be found on the boring logs provided as an attachment to this report.

After completion of the field drilling and sampling phase of this project, the soil samples were returned to our laboratory where they were visually classified in general accordance with the Unified Soil Classification System (USCS – ASTM D 2487) by a GEOServices geotechnical professional. Select samples were then tested for moisture content (ASTM D 2216) and Atterberg limits determinations (ASTM D 4318).

## GEOLOGIC CONDITIONS

The project site, and most of East Tennessee, lies in the Appalachian Valley and Ridge Physiographic Province. The Province is characterized by elongated, northeasterly-trending ridges formed on highly resistant sandstones and shales. Between ridges, broad valleys and rolling hills are formed primarily on less resistant limestones, dolomites and shales.

2

**GEOS**

Published geologic information indicates that the site is underlain by bedrock of the Knox Group. The Knox Group is composed of the Mascot Dolomite, Kingsport Dolomite, Longview Dolomite, Chepultepec Dolomite, and Copper Ridge Dolomite Formations. However, the Knox Group is not differentiated into its individual formations in this area. The Knox Group, where undivided, consists of siliceous dolomite with inter-bedded limestone. These rock units weather to produce a thick residual clay overburden. Silica in the form of chert is resistant to weathering and is scattered in various quantities throughout the clay residuum.

**SUBSURFACE CONDITIONS**

The following subsurface description is of a generalized nature to highlight the subsurface stratification features and material characteristics at the boring locations. The boring logs included at the end of this report should be reviewed for specific information at each boring location. Information on actual subsurface conditions exists only at the specific boring locations and is relevant only to the time that this exploration was performed. Variations may occur and should be expected at the site.

*Surface*

A surficial layer of topsoil was encountered in borings B-1 and B-3 ranging from 2 to 6 inches in thickness. Boring B-2 encountered a surficial layer of asphalt approximately 3 inches in thickness overlying basestone that was approximately 4 inches in thickness.

*Fill*

Underlying the existing surficial materials, fill material was encountered in each boring to depths ranging from approximately 9 to 17 feet beneath the existing ground surface. Fill material is classified as soils that have been transported and placed in their current location by man. The existing fill material generally consisted of dark brown and tan fat clays (CH) with isolated zones of organics. SPT N-values used to evaluate the fill materials ranged from 9 to 19 blows per foot (bpf) indicating the fill is of stiff to very stiff in consistencies. However, the N-values that indicate stiff soils were judged to be elevated due to rock fragments within the samples. Therefore, the existing fill material encountered in the borings drilled across the site was likely firm in consistency.

**GE⊗S**

The in-situ moisture content of selected samples of existing fill ranged from about 13 to 47 percent. Atterberg limits testing on selected samples of fill soil indicated liquid limits (LL) ranging from 33 to 49 percent and plasticity indices (PI) ranging from 17 to 27 percent. The selected samples of fill soil tested for plasticity are classified as lean clay (CL) in accordance with the Unified Soil Classification System (USCS).

### Residual Soil

Residual soils were encountered in each of the three borings underlying the existing fill material to auger refusal depths ranging from 42.2 to 52 feet beneath the existing ground surface. Residual soils are formed from in-place weathering of the parent bedrock. The residual soil generally consisted of brown, reddish brown, and orangish brown fat clays (CH) with varying amounts shale fragments. The SPT N-value used to evaluate the consistency of the residual soil ranged from 3 bpf to 50 blows with 1 inch of penetration, indicating a consistency of soft to very hard. However, the N-values that indicate hard, or greater, consistency soils (SPT N-values exceeding 30 bpf) were encountered nearing auger refusal and judged to be elevated due auger refusal materials. Therefore, the existing fill material encountered in the borings drilled across the site was likely soft to very stiff in consistency. The in-situ moisture content of selected samples of residual soils ranged from 18 to 47 percent.

### Auger Refusal

Auger refusal was encountered in each of the three (3) boring at depths ranging from 42.2 to 52 feet beneath the existing ground surface. Auger refusal is a designation applied to any material that cannot be penetrated by typically soil drilled equipment and tooling. Sampling of the auger refusal material (i.e. rock coring) was beyond the scope of services for this project; therefore, the character and continuity of the refusal materials was not determined. However, based on our experience in this geology we expect auger refusal material encountered was top of bedrock.

### Ground Water

Ground water was not encountered in any of the three borings drilled on site. Ground water levels may fluctuate due to seasonal changes in precipitation amounts, construction activities in the area,



and/or the level of nearby water features. The ground water information presented in this report is the information that was collected at the time of our field activities.

## FINDINGS AND RECOMMENDATIONS

The conclusions and recommendations presented in this report are based on our site reconnaissance and the results of this exploration. Actual subsurface conditions may vary between or away from the boring location. If it becomes apparent during remediation that encountered conditions vary substantially from those presented herein, this office should be notified at once. At that time, the conditions can be evaluated and the recommendations of this report can modified in written form if necessary.

The results of our exploration indicate that all borings are generally underlain by fill overlying residual soils. Furthermore, based on our review of historical topographic quadrangle maps (Maryville, TN Quadrangle) it appears that the majority of the development along North Park Boulevard was constructed within a large closed contour depression. Information on the development of the site, in relation to any remediation of the previously existing closed contour depression, is not known.

The consistency of the residual soil encountered generally decreased with depth while the moisture contents generally increased with depth. Typical characteristics of karst solutioning consist of SPT N-values decreasing with depth and moisture contents typically increasing with depth. Based on the results from our subsurface exploration and the known site history (i.e. previously contained a closed contour depression) the N-values and moisture contents found in the soil test boring indicate characteristics of karst solutioning (sinkholes).

Remediation options for the observed distress is limited due to the depth of bedrock and the existing use of the property. It is our opinion that remediation of the observed distress would require a combination of cap grouting and compaction grouting. This combination would address karst features at the ground surface and also provide densification of the upper soils below foundations. The following section includes more detailed information about grouting.

5

**GEOS**

## GROUTING RECOMMENDATIONS

In general, cap grouting consists of pumping low slump grout through steel casing to the top of bedrock to support the soil overburden and reduce the potential for downward migration through pinnacled bedrock. The grout is pumped at low pressures to displace soft soil and fill voids as the casing is extracted. Compaction grouting of the soils is performed to improve the general strength of the upper soils and to provide a stiffer layer of soils over the bedrock surface. If requested, GEOServices can prepare a detailed cap and compaction grouting program for the project. In addition, can assist you during the bid process and help evaluate contractor proposals to determine the contractors approach and methodology to successfully remediate the areas of concern.

## LIMITATIONS

This report has been prepared in accordance with generally accepted geotechnical engineering practice for specific application to this project. This report is for our geotechnical work only. The conclusions and recommendations contained in this report are based upon applicable standards of our practice in this geographic area at the time this report was prepared. No other warranty, express or implied, is made.

We appreciate the opportunity to provide these services. If you have any questions please feel free to contact us at your convenience.

Sincerely,

**GEOServices, LLC**

Matt T. Bible, E.I.
Staff Professional

W. Ros Kingery III, P.E.
Vice President
TN 111645

Attachments: Site Vicinity Map, Boring Location Plan, Photo Page, Boring Legend Boring Logs, and Laboratory Results

6



# ATTACHMENTS





**GEOS**

GeoServices, LLC–Geotechnical and Materials Engineers
2561 Willow Point Way
Knoxville, Tennessee 37931
Office: 865-689-8262
Fax: 865-689-8262

**SITE VICINITY MAP**

NORTHPARK BUILDINGS 4, 5, AND 10
NORTHPARK BOULEVARD AND NORTHBEND CIRCLE
ALCOA, TN

| DRAWN BY: | MRB |
|---|---|
| APPROVED BY: | WRK |
| SCALE: | N.T.S. |
| JOB NO: | 21-16708 |
| DATE: | 11-9-2016 |

FIGURE
1

NOTES:
1) BASE MAP: USGS QUADRANGLE (MARYVILLE, TENNESSEE)



BORING LOCATION PLAN

NORTHPARK BUILDINGS 4, 5, AND 10

NORTHPARK BOULEVARD AND NORTHBEND CIRCLE

ALCOA, TENNESSEE

| DRWN. BY. | MTB |
| APPROVED BY | WRK |
| SCALE | N.T.S. |
| JOB NO. | 21-16708 |
| DATED | 11-9-2016 |

FIGURE 2

GEOS

GEOServices, LLC-Geotechnical and Materials Engineers

2565 Willow Point Way
Knoxville, Tennessee 37931

Office: 865-539-8242
Fax: 865-539-8222

NOTES:
1.) BORING LOCATIONS ARE SHOWN IN GENERAL
    ARRANGEMENT ONLY.
2.) DO NOT USE BORING LOCATIONS FOR
    DETERMINATIONS OF DISTANCES OR QUANTITIES.
3.) PHOTOS PROVIDED BY: Google Earth, Inc.

◆ LOCATION OF SOIL TEST BORING





Building 10
Stair Step Cracking

1

North Park Building Distress
Alcoa, Tennessee
Project No. 21-16708
November 9, 2016





Building 10
Water Seepage thru curb





## Building 10
## Facing North – Displacement of CMU

3





Building 10
Stairs Separating from Southern Wall





## Building 5
## Facing East – Stair Step Cracking in Wall

5





## Building 5
## Facing South– Stair Step Cracking in Wall

6





Building 5
Facing South– Cracking in asphalt

7





Building 5
Facing South – 1-2 foot Dip in soil at corner



Building 5
Dip in soil with cracks

8





### Building 4
### Facing East– Cracking in asphalt and CMU and heaving in soil

9





### Building 4
### Facing East– Cracking in asphalt and CMU

10





Building 4
Facing West (along southern wall) – Heaving and
Cracking in Soil

11





Building 4
Leaking Water Line on Northbend
Circle (facing South)



Building 5
Leaking Water Line on Northbend
Circle (facing West/NW)

12

North Park Building Distress
Alcoa, Tennessee
Project No. 21-16708
November 9, 2016





**Building 4**
**Leaking Water Line possible leaching into trench**



**Building 5**
**Leaking Water Line on Northbend Circle (facing East/SE)**

13

# GE❂S
### GEOServices, LLC-Geotechnical and Materials Engineers

**Northpark Boulevard**
**Alcoa, Tennessee**
**GEOServices Project # 21-16708**

| DRILLER | Danny King |
|---|---|
| ON-SITE REP. | |

| BORING NO. / LOCATION | B-1 | DRY ON COMPLETION ? | Yes |
|---|---|---|---|

| DATE | November 4, 2016 | SURFACE ELEV. | FT. |
|---|---|---|---|

**WATER LEVEL DATA (IF APPLICABLE)**

| | | | |
|---|---|---|---|
| REFUSAL: | Yes | DEPTH 52.0 FT. | ELEV. -52.0 FT. |
| SAMPLED | 52.0 FT. | 15.8 M | |
| TOP OF ROCK | | DEPTH FT. | ELEV. FT. |
| BEGAN CORING | | DEPTH FT. | ELEV. FT. |
| FOOTAGE CORED (LF) | | FT. | |
| BOTTOM OF HOLE DEPTH | | 52.0 FT. | ELEV. -52.0 FT. |

| COMPLETION: | DEPTH Dry FT. |
|---|---|
| | ELEV. FT. |
| AFTER 1 HRS: | DEPTH TNP FT. |
| | ELEV. FT. |
| AFTER 24 HRS. | DEPTH TNP FT. |
| | ELEV. FT. |

BORING ADVANCED BY:          POWER AUGERING    X                    PROPOSED FFE: _____ FT.

| STRATUM DEPTH | | SAMPLE DEPTH | | SAMPLE OR | SAMPLE | FIELD RESULTS | | LABORATORY RESULTS | | | STRATUM DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FT. | ELEV. | FROM FT. | TO FT. | RUN NO. | TYPE | N-Value | Qu | LL | PI | %M | |
| | | | | | | | | | | | Topsoil (6 Inches) |
| | | 1.0 | 2.5 | 1 | SS | 16 | | | | 17.5 | |
| 2.5 | -2.5 | | | | | | | | | | |
| | | 3.5 | 5.0 | 2 | SS | 16 | | 33 | 17 | 16.7 | Lean CLAY (CL) - with rock fragments - brown and reddish brown - slightly moist - very stiff (FILL) |
| 5.0 | -5.0 | | | | | | | | | | |
| | | 6.0 | 7.5 | 3 | SS | 19 | | | | 16.1 | |
| 7.5 | -7.5 | | | | | | | | | | |
| | | 8.5 | 10.0 | 4 | SS | 16 | | | | 17.7 | |
| 10.0 | -10.0 | | | | | | | | | | |
| 12.5 | -12.5 | | | | | | | | | | |
| | | 13.5 | 15.0 | 5 | SS | 16 | | | | 26.8 | Fat CLAY (CH) - with trace shale fragments - reddish brown and orangish brown - slightly moist to wet, increasing with depth - very stiff to soft (RESIDUUM) |
| 15.0 | -15.0 | | | | | | | | | | |
| 17.5 | -17.5 | | | | | | | | | | |
| | | 18.5 | 20.0 | 6 | SS | 11 | | | | 37.3 | |
| 20.0 | -20.0 | | | | | | | | | | (continued) |

REMARKS: _____

# GEOS
GEOServices, LLC-Geotechnical and Materials Engineers

**Northpark Boulevard**
**Alcoa, Tennessee**
GEOServices Project # 21-16708

| DRILLER | Danny King |
|---|---|
| ON-SITE REP. | |

| BORING NO. / LOCATION | B-1 | DRY ON COMPLETION ? | Yes |
|---|---|---|---|

| DATE | November 4, 2016 | | SURFACE ELEV. | FT. | |
|---|---|---|---|---|---|

**WATER LEVEL DATA (IF APPLICABLE)**

| REFUSAL: | Yes | DEPTH | 52.0 | FT. | ELEV. | -52.0 | FT. |
|---|---|---|---|---|---|---|---|

| COMPLETION: | DEPTH | Dry | FT. |
|---|---|---|---|
| | ELEV. | | FT. |

| SAMPLED | 52.0 | FT. | 15.8 | M |
|---|---|---|---|---|

| TOP OF ROCK | DEPTH | FT. | ELEV. | FT. |
|---|---|---|---|---|

| AFTER 1 HRS. | DEPTH | TNP | FT. |
|---|---|---|---|
| | ELEV. | | FT. |

| BEGAN CORING | DEPTH | FT. | ELEV. | FT. |
|---|---|---|---|---|

| AFTER 24 HRS. | DEPTH | TNP | FT. |
|---|---|---|---|
| | ELEV. | | FT. |

| FOOTAGE CORED (LF) | FT. |
|---|---|
| BOTTOM OF HOLE DEPTH | 52.0 | FT. | ELEV. | -52.0 | FT. |

| BORING ADVANCED BY: | POWER AUGERING | X | PROPOSED FFE: | FT. |
|---|---|---|---|---|

| STRATUM DEPTH FT. | ELEV. | SAMPLE DEPTH FROM FT. | TO FT. | SAMPLE OR RUN NO. | SAMPLE TYPE | FIELD RESULTS N-Value | LABORATORY RESULTS Qu | LL | PI | %M | STRATUM DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | (continued) |
| 22.5 | -22.5 | | | | | | | | | | |
| | | 23.5 | 25.0 | 7 | SS | 9 | | | | 38.7 | |
| 25.0 | -25.0 | | | | | | | | | | |
| 27.5 | -27.5 | | | | | | | | | | |
| | | 28.5 | 30.0 | 8 | SS | 7 | | | | 44.8 | Fat CLAY (CH) - with trace shale fragments - reddish brown and orangish brown - slightly moist to wet, increasing with depth - very stiff to soft (RESIDUUM) |
| 30.0 | -30.0 | | | | | | | | | | |
| 32.5 | -32.5 | | | | | | | | | | |
| | | 33.5 | 35.0 | 9 | SS | 4 | | | | 43.9 | |
| 35.0 | -35.0 | | | | | | | | | | |
| 37.5 | -37.5 | | | | | | | | | | |
| | | 38.5 | 40.0 | 10 | SS | 4 | | | | 47 | |
| 40.0 | -40.0 | | | | | | | | | | (continued) |

REMARKS:

# GE☉S
GEOServices, LLC-Geotechnical and Materials Engineers

**Northpark Boulevard**
**Alcoa, Tennessee**
GEOServices Project # 21-16708

| | |
|---|---|
| DRILLER | Danny King |
| ON-SITE REP. | |

| | | | |
|---|---|---|---|
| BORING NO. / LOCATION | | B-1 | DRY ON COMPLETION ? | Yes |

| | | | | | |
|---|---|---|---|---|---|
| DATE | November 4, 2016 | | SURFACE ELEV. | FT. | **WATER LEVEL DATA (IF APPLICABLE)** |
| REFUSAL: | Yes | DEPTH 52.0 FT. | ELEV. -52.0 FT. | | COMPLETION: DEPTH Dry FT. |
| SAMPLED | 52.0 FT. | 15.8 M | | | ELEV. FT. |
| TOP OF ROCK | | DEPTH FT. | ELEV. FT. | | AFTER 1 HRS. DEPTH TNP FT. |
| BEGAN CORING | | DEPTH FT. | ELEV. FT. | | ELEV. FT. |
| FOOTAGE CORED (LF) | | FT. | | | AFTER 24 HRS. DEPTH TNP FT. |
| BOTTOM OF HOLE DEPTH | | 52.0 FT. | ELEV. -52.0 FT. | | ELEV. FT. |
| BORING ADVANCED BY: | | POWER AUGERING X | | | PROPOSED FFE: FT. |

| STRATUM DEPTH | | SAMPLE DEPTH | | SAMPLE OR RUN NO. | SAMPLE TYPE | FIELD RESULTS | | LABORATORY RESULTS | | | | STRATUM DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FT. | ELEV. | FROM FT. | TO FT. | | | N-Value | Qu | LL | PI | %M | | |
| | | | | | | | | | | | | (continued) |
| 42.5 | -42.5 | | | | | | | | | | | |
| | | 43.5 | 45.0 | 11 | SS | 3 | | | | 44.7 | | |
| 45.0 | -45.0 | | | | | | | | | | | Fat CLAY (CH) - with trace shale fragments - reddish brown and orangish brown - slightly moist to wet, increasing with depth - very stiff to soft (RESIDUUM) |
| 47.5 | -47.5 | | | | | | | | | | | |
| | | 48.5 | 50.0 | 12 | SS | 3 | | | | 38.3 | | |
| 50.0 | -50.0 | | | | | | | | | | | |
| 52.5 | -52.5 | | | | | | | | | | | Auger Refusal at 52.0 Feet |
| 55.0 | -55.0 | | | | | | | | | | | |
| 57.5 | -57.5 | | | | | | | | | | | |
| 60.0 | -60.0 | | | | | | | | | | | |

REMARKS:

# GEOS
GEOServices, LLC-Geotechnical and Materials Engineers

**Northpark Boulevard**
**Alcoa, Tennessee**
GEOServices Project # 21-16708

| DRILLER | Danny King |
|---|---|
| ON-SITE REP. | |

| BORING NO. / LOCATION | B-2 | DRY ON COMPLETION ? | Yes |
|---|---|---|---|

| | | | |
|---|---|---|---|
| DATE | November 7, 2016 | SURFACE ELEV. | FT. |
| REFUSAL: | Yes | DEPTH 49.2 FT. | ELEV. -49.2 FT. |
| SAMPLED | 49.2 FT. | 15.0 M | |
| TOP OF ROCK | DEPTH | FT. | ELEV. FT. |
| BEGAN CORING | DEPTH | FT. | ELEV. FT. |
| FOOTAGE CORED (LF) | FT. | | |
| BOTTOM OF HOLE  DEPTH | 49.2 FT. | ELEV. -49.2 FT. | |

BORING ADVANCED BY:          POWER AUGERING    X

**WATER LEVEL DATA (IF APPLICABLE)**

| COMPLETION: | DEPTH | Dry | FT. |
|---|---|---|---|
| | ELEV. | | |
| AFTER 1 HRS: | DEPTH | TNP | FT. |
| | ELEV. | | |
| AFTER 24 HRS. | DEPTH | TNP | FT. |
| | ELEV. | | |

PROPOSED FFE: _____ FT.

| STRATUM DEPTH | | SAMPLE DEPTH | | SAMPLE OR RUN NO. | SAMPLE TYPE | FIELD RESULTS | LABORATORY RESULTS | | | | STRATUM DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FT. | ELEV. | FROM FT. | TO FT. | | | N-Value | Qu | LL | PI | %M | |
| | | | | | | | | | | | Asphalt (3 Inches), Basestone (4 Inches) |
| | | 1.0 | 2.5 | 1 | SS | 10 | | | | 22.7 | Fat CLAY (CH) - with organics and rock fragments - dark brown - moist (FILL) |
| 2.5 | -2.5 | | | | | | | | | | |
| | | 3.5 | 5.0 | 2 | SS | 9 | | 40 | 21 | 12.7 | |
| 5.0 | -5.0 | | | | | | | | | | |
| | | 6.0 | 7.5 | 3 | SS | 13 | | | | 26.8 | Fat CLAY (CH) - with silt and rock fragments - tan and dark brown - slightly moist (FILL) |
| 7.5 | -7.5 | | | | | | | | | | |
| | | 8.5 | 10.0 | 4 | SS | 13 | | | | 29.7 | |
| 10.0 | -10.0 | | | | | | | | | | |
| 12.5 | -12.5 | | | | | | | | | | |
| | | 13.5 | 15.0 | 5 | SS | 8 | | | | 23 | Fat CLAY (CH) - reddish brown and tan - moist to wet, increasing with depth - stiff to soft (RESIDUUM) |
| 15.0 | -15.0 | | | | | | | | | | |
| 17.5 | -17.5 | | | | | | | | | | |
| | | 18.5 | 20.0 | 6 | SS | 10 | | | | 23.6 | |
| 20.0 | -20.0 | | | | | | | | | | (continued) |

REMARKS:

# GE🌐S
GEOServices, LLC-Geotechnical and Materials Engineers

**Northpark Boulevard**
**Alcoa, Tennessee**
GEOServices Project # 21-16708

| DRILLER | Danny King |
|---|---|
| ON-SITE REP. | |

| BORING NO. / LOCATION | B-2 | DRY ON COMPLETION ? | Yes |
|---|---|---|---|

| DATE | November 7, 2016 | SURFACE ELEV. | FT. |
|---|---|---|---|

**WATER LEVEL DATA (IF APPLICABLE)**

| REFUSAL: | Yes | DEPTH 49.2 FT. | ELEV. -49.2 FT. |
|---|---|---|---|

| COMPLETION: | DEPTH Dry FT. |
|---|---|
| | ELEV. FT. |

| SAMPLED | 49.2 FT. | 15.0 M |
|---|---|---|

| TOP OF ROCK | DEPTH FT. | ELEV. FT. |
| BEGAN CORING | DEPTH FT. | ELEV. FT. |
| FOOTAGE CORED (LF) | FT. | |
| BOTTOM OF HOLE DEPTH | 49.2 FT. | ELEV. -49.2 FT. |

| AFTER 1 HRS: | DEPTH TNP FT. |
|---|---|
| | ELEV. FT. |
| AFTER 24 HRS. | DEPTH TNP FT. |
| | ELEV. FT. |

| BORING ADVANCED BY: | POWER AUGERING | X | PROPOSED FFE: FT. |
|---|---|---|---|

| STRATUM DEPTH FT. | ELEV. | SAMPLE DEPTH FROM FT. | TO FT. | SAMPLE OR RUN NO. | SAMPLE TYPE | FIELD RESULTS N-Value | Qu | LL | PI | %M | STRATUM DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | (continued) |
| 22.5 | -22.5 | | | | | | | | | | |
| | | 23.5 | 25.0 | 7 | SS | 5 | | | | 37.7 | |
| 25.0 | -25.0 | | | | | | | | | | |
| 27.5 | -27.5 | | | | | | | | | | |
| | | 28.5 | 30.0 | 8 | SS | 9 | | | | 37.2 | |
| 30.0 | -30.0 | | | | | | | | | | Fat CLAY (CH) - reddish brown and tan - moist to |
| | | | | | | | | | | | wet, increasing with depth - stiff to soft |
| 32.5 | -32.5 | | | | | | | | | | (RESIDUUM) |
| | | 33.5 | 35.0 | 9 | SS | 5 | | | | 30.7 | |
| 35.0 | -35.0 | | | | | | | | | | |
| 37.5 | -37.5 | | | | | | | | | | |
| | | 38.5 | 40.0 | 10 | SS | 5 | | | | 31.4 | |
| 40.0 | -40.0 | | | | | | | | | | (continued) |

REMARKS:

# GE✪S
GEOServices, LLC-Geotechnical and Materials Engineers

**Northpark Boulevard**
**Alcoa, Tennessee**
GEOServices Project # 21-16708

DRILLER          Danny King
ON-SITE REP.

| | | | | | |
|---|---|---|---|---|---|
| BORING NO. / LOCATION | | | B-2 | DRY ON COMPLETION ? | Yes |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DATE | November 7, 2016 | | SURFACE ELEV. | FT. | **WATER LEVEL DATA (IF APPLICABLE)** | | |
| REFUSAL: | Yes | DEPTH 49.2 FT. | ELEV. -49.2 FT. | | COMPLETION: | DEPTH Dry FT. | |
| SAMPLED | 49.2 FT. | 15.0 M | | | | ELEV. FT. | |
| TOP OF ROCK | | DEPTH FT. | ELEV. FT. | | AFTER 1 HRS: | DEPTH TNP FT. | |
| BEGAN CORING | | DEPTH FT. | ELEV. FT. | | | ELEV. FT. | |
| FOOTAGE CORED (LF) | | FT. | | | AFTER 24 HRS. | DEPTH TNP FT. | |
| BOTTOM OF HOLE  DEPTH | | 49.2 FT. | ELEV. -49.2 FT. | | | ELEV. FT. | |
| BORING ADVANCED BY: | | POWER AUGERING X | | | PROPOSED FFE: FT. | | |

| STRATUM DEPTH | | SAMPLE DEPTH | | SAMPLE OR | SAMPLE | FIELD RESULTS | LABORATORY RESULTS | | | | STRATUM DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FT. | ELEV. | FROM FT. | TO FT. | RUN NO. | TYPE | N-Value | Qu | LL | PI | %M | |
| | | | | | | | | | | | (continued) |
| 42.5 | -42.5 | | | | | | | | | | |
| | | 43.5 | 45.0 | 11 | SS | 4 | | | | 21.7 | Fat CLAY (CH) - reddish brown and tan - moist to wet, increasing with depth - stiff to soft (RESIDUUM) |
| 45.0 | -45.0 | | | | | | | | | | |
| 47.5 | -47.5 | | | | | | | | | | |
| | | 48.5 | 49.1 | 12 | SS | 50/1" | | | | 19.5 | Auger Refusal at 49.2 Feet |
| 50.0 | -50.0 | | | | | | | | | | |
| 52.5 | -52.5 | | | | | | | | | | |
| 55.0 | -55.0 | | | | | | | | | | |
| 57.5 | -57.5 | | | | | | | | | | |
| 60.0 | -60.0 | | | | | | | | | | |

REMARKS:

# GEOS

GEOServices, LLC-Geotechnical and Materials Engineers

**Northpark Boulevard**
**Alcoa, Tennessee**
GEOServices Project # 21-16708

DRILLER    Danny King

ON-SITE REP.

| BORING NO. / LOCATION | B-3 | DRY ON COMPLETION ? | Yes |
|---|---|---|---|

| | | | | | WATER LEVEL DATA (IF APPLICABLE) | |
|---|---|---|---|---|---|---|
| DATE | November 7, 2016 | SURFACE ELEV. | FT. | | | |
| REFUSAL: | Yes | DEPTH 42.2 FT. | ELEV. -42.2 FT. | COMPLETION: | DEPTH Dry FT. | |
| SAMPLED | 42.2 FT. | 12.9 M | | | ELEV. FT. | |
| TOP OF ROCK | DEPTH FT. | ELEV. FT. | | AFTER 1 HRS. | DEPTH TNP FT. | |
| BEGAN CORING | DEPTH FT. | ELEV. FT. | | | ELEV. FT. | |
| FOOTAGE CORED (LF) | FT. | | | AFTER 24 HRS. | DEPTH TNP FT. | |
| BOTTOM OF HOLE DEPTH | 42.2 FT. | ELEV. -42.2 FT. | | | ELEV. FT. | |
| BORING ADVANCED BY: | POWER AUGERING X | | | PROPOSED FFE: FT. | | |

| STRATUM DEPTH | | SAMPLE DEPTH | | SAMPLE OR RUN NO. | SAMPLE TYPE | FIELD RESULTS N-Value | LABORATORY RESULTS | | | | STRATUM DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FT. | ELEV. | FROM FT. | TO FT. | | | | Qu | LL | PI | %M | |
| | | | | | | | | | | | Topsoil (2 Inches) |
| | | 1.0 | 2.5 | 1 | SS | 17 | | 49 | 27 | 21.4 | |
| 2.5 | -2.5 | | | | | | | | | | |
| | | 3.5 | 5.0 | 2 | SS | 16 | | | | 26.2 | |
| 5.0 | -5.0 | | | | | | | | | | Lean CLAY (CL) - with rock fragments in the upper 8' and PVC fragments at depth - dark reddish brown and brown - moist (FILL) |
| | | 6.0 | 7.5 | 3 | SS | 16 | | | | 36.5 | |
| 7.5 | -7.5 | | | | | | | | | | |
| | | 8.5 | 10.0 | 4 | SS | 11 | | | | 47 | |
| 10.0 | -10.0 | | | | | | | | | | |
| 12.5 | -12.5 | | | | | | | | | | |
| | | 13.5 | 15.0 | 5 | SS | 19 | | | | 46.2 | Fat CLAY (CH) - with organic odor - dark brown - moist (FILL) |
| 15.0 | -15.0 | | | | | | | | | | |
| 17.5 | -17.5 | | | | | | | | | | Fat CLAY (CH) - reddish brown and orangish brown - moist - very stiff to stiff (RESIDUUM) |
| | | 18.5 | 20.0 | 6 | SS | 11 | | | | 40.7 | |
| 20.0 | -20.0 | | | | | | | | | | (continued) |

REMARKS:

# GE⊕S
GEOServices, LLC-Geotechnical and Materials Engineers

**Northpark Boulevard**
**Alcoa, Tennessee**
GEOServices Project # 21-16708

| DRILLER | Danny King |
|---|---|
| ON-SITE REP. | |

| BORING NO. / LOCATION | B-3 | DRY ON COMPLETION ? | Yes |
|---|---|---|---|

| DATE | November 7, 2016 | SURFACE ELEV. | FT. |
|---|---|---|---|

**WATER LEVEL DATA (IF APPLICABLE)**

| | | | | |
|---|---|---|---|---|
| REFUSAL: | Yes | DEPTH 42.2 FT. | ELEV. -42.2 FT. | COMPLETION: DEPTH Dry FT. |
| SAMPLED | 42.2 FT. | 12.9 M | | ELEV. FT. |
| TOP OF ROCK | | DEPTH FT. | ELEV. FT. | AFTER 1 HRS. DEPTH TNP FT. |
| BEGAN CORING | | DEPTH FT. | ELEV. FT. | ELEV. FT. |
| FOOTAGE CORED (LF) | | FT. | | AFTER 24 HRS. DEPTH TNP FT. |
| BOTTOM OF HOLE DEPTH | 42.2 FT. | | ELEV. -42.2 FT. | ELEV. FT. |

| BORING ADVANCED BY: | POWER AUGERING X | PROPOSED FFE: FT. |
|---|---|---|

| STRATUM DEPTH | | SAMPLE DEPTH | | SAMPLE OR RUN NO. | SAMPLE TYPE | FIELD RESULTS | LABORATORY RESULTS | | | | STRATUM DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FT. | ELEV. | FROM FT. | TO FT. | | | N-Value | Qu | LL | PI | %M | |
| | | | | | | | | | | | (continued) |
| 22.5 | -22.5 | | | | | | | | | | |
| | | 23.5 | 25.0 | 7 | SS | 9 | | | | 44.1 | |
| 25.0 | -25.0 | | | | | | | | | | |
| 27.5 | -27.5 | | | | | | | | | | |
| | | 28.5 | 30.0 | 8 | SS | 9 | | | | 28.1 | Fat CLAY (CH) - reddish brown and orangish brown - moist - very stiff to stiff (RESIDUUM) |
| 30.0 | -30.0 | | | | | | | | | | |
| 32.5 | -32.5 | | | | | | | | | | |
| | | 33.5 | 35.0 | 9 | SS | 10 | | | | 44.7 | |
| 35.0 | -35.0 | | | | | | | | | | |
| 37.5 | -37.5 | | | | | | | | | | |
| | | 38.5 | 39.1 | 10 | SS | 50/1" | | | | | |
| 40.0 | -40.0 | | | | | | | | | | Auger Refusal at 42.2 Feet |

REMARKS:



**GEOServices, LLC-Geotechnical and Materials Engineers**

### Northpark Building 4, 5, & 10

### GEOServices Project No. 21-16708
November 9, 2016

## SOIL DATA SUMMARY

| Boring Number | Sample Number | Depth (feet) | Natural Moisture Content | Atterberg Limits LL | PL | PI | Soil Type |
|---|---|---|---|---|---|---|---|
| B-1 | 1 | 1.0-2.5' | 17.5% | | | | |
| | 2 | 3.5-5.0' | 16.7% | 33 | 16 | 17 | CL |
| | 3 | 6.0-7.5' | 16.1% | | | | |
| | 4 | 8.5-10.0' | 17.7% | | | | |
| | 5 | 13.5-15.0' | 26.8% | | | | |
| | 6 | 18.5-20.0' | 37.3% | | | | |
| | 7 | 23.5-25.0' | 38.7% | | | | |
| | 8 | 28.5-30.0' | 44.8% | | | | |
| | 9 | 33.5-35.0' | 43.9% | | | | |
| | 10 | 38.5-40.0' | 47.0% | | | | |
| | 11 | 43.5-45.0' | 44.7% | | | | |
| | 12 | 48.5-50.0' | 38.3% | | | | |
| | | | | | | | |
| B-2 | 1 | 1.0-2.5' | 22.7% | | | | |
| | 2 | 3.5-5.0' | 12.7% | 40 | 20 | 21 | CL |
| | 3 | 6.0-7.5' | 26.8% | | | | |
| | 4 | 8.5-10.0' | 29.7% | | | | |
| | 5 | 13.5-15.0' | 23.0% | | | | |
| | 6 | 18.5-20.0' | 23.6% | | | | |
| | 7 | 23.5-25.0' | 37.7% | | | | |
| | 8 | 28.5-30.0' | 37.2% | | | | |
| | 9 | 33.5-35.0' | 30.7% | | | | |
| | 10 | 38.5-40.0' | 31.4% | | | | |
| | 11 | 43.5-45.0' | 21.7% | | | | |
| | 12 | 48.5-50.0' | 19.5% | | | | |
| | | | | | | | |
| B-3 | 1 | 1.0-2.5' | 21.4% | 49 | 22 | 27 | CL |
| | 2 | 3.5-5.0' | 26.2% | | | | |
| | 3 | 6.0-7.5' | 36.5% | | | | |
| | 4 | 8.5-10.0' | 47.0% | | | | |
| | 5 | 13.5-15.0' | 46.2% | | | | |
| | 6 | 18.5-20.0' | 40.7% | | | | |
| | 7 | 23.5-25.0' | 44.1% | | | | |
| | 8 | 28.5-30.0' | 28.1% | | | | |
| | 9 | 33.5-35.0' | 44.7% | | | | |

GEOServices, LLC - 2561 Willow Point Way Knoxville. Tennessee, 37931 - Phone: (865) 573-6130

**GEOS**
GEOServices, LLC-Geotechnical and Materials Engineers

**North Park**
**GEOServices Project No. 21-167108**
November 14, 2016

### SOIL DATA SUMMARY

| Boring Number | Sample Number | Depth (feet) | Natural Moisture Content | Atterberg Limits | | | Soil Type |
|---|---|---|---|---|---|---|---|
| | | | | LL | PL | PI | |
| B-1 | S-2 | 3.5-5.0' | | 33 | 16 | 17 | CL |
| B-2 | S-2 | 3.5-5.0' | | 40 | 20 | 21 | CL |
| B-3 | S-1 | 1.0-2.5' | | 49 | 22 | 27 | CL |

GEOServices, LLC - 2561 Willow Point Way Knoxville. Tennessee, 37931 - Phone: (865) 573-6130  Fax:  (865) 573-6132

# EXHIBIT B



SELECTIVE ®

POLICY DOCUMENT

S   201356005

INSURED'S COPY

INSURED'S COPY

| Issued by The Stock Insurance Company | Policy Number |
|---|---|
| | S: 2013560 |

**SELECTIVE INSURANCE COMPANY OF SOUTH CAROLINA**
3426 TORINGDON WAY, CHARLOTTE, NC 28277

## COMMERCIAL POLICY INFORMATION PAGE

| Named Insured and Address | Policy Period: |
|---|---|
| JOHN R FISER INC, JRF PROPERTIES, LLC DBA THE ADAIR COMPANY, JRF PROPERTIES, LLC DBA BROADWAY SQUARE COMPANY, JRF 132 SHERLAKE LN KNOXVILLE, TN 37922-2307<br><br>CONTINUED ON SCHEDULE: IL-7041 | From: DECEMBER 31, 2016<br>To: DECEMBER 31, 2017<br><br>12:01 A.M Standard Time At Location of Designated Premises. |

| Named Insured is: | Producer Number: |
|---|---|
| CORPORATION | 00-41015-00000 |

| Producer: |
|---|
| TIS INSURANCE SERVICES INC.<br>TENNESSEE |

### Schedule of Coverage
**Schedule Effective Date:** OCTOBER 19, 2017

COMMERCIAL GENERAL LIABILITY COVERAGE
COMMERCIAL AUTOMOBILE COVERAGE
COMMERCIAL INLAND MARINE COVERAGE
COMMERCIAL UMBRELLA COVERAGE
COMMERCIAL OUTPUT PROGRAM

Date Issued: OCTOBER 24, 2017

Issuing office: SOUTHERN REGION

IL-7025A(11/89)

INSURED'S COPY

# NAMED INSURED EXTENSION SCHEDULE

## COMPLETE NAMED INSURED:

JOHN R FISER INC, JRFPROPERTIES, LLC DBA THE ADAIR COMPANY, JRF PROPERTIES, LLC DBA BROADWAY SQUARE COMPANY, JRF PROPERTIES LLC , TWO-TWENTY COMPANY, CEDAR BLUFF COMPANY, BAGLEY LAND COMPANY, FISER- THORTON LLC, F&T PROPERTIES , OAK RIDGE PROPERTIES , FISER FAMILY TRUST FBO CAROLINE FISER OSBORNE UWO JOHN R. FISER , CAROLINE FISER OSBORNE TRUST UTA DATED 02/20/76, DAVID B. FISER TRUST UTA DATED 02/20/76, WALKER SPRINGS COMPANY; H V PROPERTIES, FISER FAMILY TRUST FBO DAVID B. FISER UWO JOHN R. FISER, FAULKNER PROPERTIES GENERAL PARTNERSHIP, KLOTE PROPERTIES, THIRD CREEK PROPERTIES LLC, KNOX-FI ONE LLC , FARRAGUT POINTE PROPERTIES, CHEROKEE CROSSING, LLC, KNOXFI TWO LLC, JEFFERSON HOLDINGS LLC, KELLER BEND PROPERTIES, INC, KNOX ABODES LLC,JRF PROPERTIES, LLC DBA BROADWAY CROSSING, LLC, 2400 MAREMONT LLC, JRF PROPERTIES LLC DBA FISER WAREHOUSE TEXAS AVENUE PROPERTIES JOHN R FISER 1976 TRUST

IL-7041 (08/94)

INSURED'S COPY.

# SCHEDULE OF COVERAGES
# COMMERCIAL OUTPUT PROGRAM

**AAIS**
**CO 50 00 04 14**

POLICY NUMBER:  S   2013560

| | Limit of Insurance |
|---|---|
| **Catastrophe Limit** The most "we" pay for any combination of or total of losses arising under one or more coverages in any one occurrence is: | $126,690,735 |

---

## PROPERTY COVERAGE PART

---

### LIMITS

☐ Separate Building & BPP Blanket Limits
  Building Property Limit – The most
  "we" pay for loss at any one "covered location" is:

  Business Personal Property Limit – The most
  "we" pay for loss at any one "covered location" is:

  or

☒ Combined Blanket Limit – The most "we" pay          $111,743,662
  for loss at any one "covered location" is:

  Blanket Limit(s) shown above do not include any
  Scheduled locations.

☒ Scheduled Locations.  Refer to **CO 50 01.**

**DEDUCTIBLE**
  $5,000

### PROPERTY COVERAGE EXTENSIONS

| | |
|---|---|
| Consequential Loss | INCLUDED IN BPP LIMIT |
| Debris Removal Additional Limit | $100,000 |
| Emergency Removal | 365 DAYS |
| Emergency Removal Expense | $5,000 |
| Fraud and Deceit | INCLUDED IN BPP LIMIT |
| Damage From Theft | INCLUDED IN PROP LIMIT |
| Off Premises Utility Service Interruption | $50,000 |

☐ Overhead Transmission Lines Excluded
  Covered Utility:

☒ Power                    ☒ Gas
☒ Telecommunications       ☒ Water

Tenants Building Glass Liability          INCLUDED IN BPP LIMIT

Copyright, 2013 Selective Insurance Company of America. All rights reserved. Includes copyrighted material with permission of American Association of Insurance Services, Inc.

Case 3:18-cv-00482-TRM-HBG   Document 1   Filed 11/12/18   Page 49 of 102   PageID #: 49
INSURED'S COPY

## PROPERTY SUPPLEMENTAL COVERAGES

| | |
|---|---|
| Additional Costs | $250,000 |
| Business Personal Property-Common Property Within Owned Buildings | $25,000 |
| Business Personal Property Seasonal Increase | 25% |
| Brands or Labels Expense | $50,000 |
| Crime Related Supplemental Coverages | |
|     Employee Theft (incl. Employee Benefit Plans) | $100,000 |
|     Forgery Or Alterations | $100,000 |
|     Forged Credit Card Written Instrument | $50,000 |
|     Money and Securities-Inside the Premises | $25,000 |
|     Money and Securities-Outside the Premises | $15,000 |
|     Money Orders & Counterfeit Paper Currency | $5,000 |
| Expediting Expenses | $50,000 |
| Fire Department Service Charges | $25,000 |
| Inventory and Appraisal Expense | $50,000 |
| Legal Liability-Building | $100,000 |
| Lock Replacement Coverage | $2,500 |
| Members & Guests Property | $50,000 |
| Non-Owned Detached Trailers | $50,000 |
| Ordinance or Law (Demolition of Undamaged Parts of Buildings) | INCLUDED IN BLDG LIMIT |
| Ordinance or Law (Increased Cost to Repair/ Cost to Demolish and Clear Site) | $1,000,000 |
| Ornamental Display Gardens & Landscape Displays | $25,000 |
| Outdoor Property | $75,000 |
| Personal Effects | $25,000 |
| Personal Property of Others-Valuation | UP TO REPL COST |
| Pollutant Cleanup And Removal | $50,000 |
| Property Off Premises | $100,000 |
| Recharge of Fire Extinguishing Equipment | $50,000 |
| Rewards (Not available in New York) | $25,000 |
| Sewer Backup and Water Below the Surface | $100,000 |
| Trees, Shrubs, and Plants | $50,000 |
|     Any One Item Limit | $5,000 |
| Underground Pipes, Pilings, Bridges and Roadways | $250,000 |

## EMERGENCY SERVICES & GOVERNMENTAL SUPPLEMENTAL COVERAGES

| | |
|---|---|
| Automated External Defibrillators | NOT APPLICABLE |
| Canine Coverage-Any One Canine | NOT APPLICABLE |
| Canine Coverage-Any One Policy Year | NOT APPLICABLE |
| Confiscated Property-Any One Policy Year | NOT APPLICABLE |
| Grave Markers and Headstones-Any One Occurrence | NOT APPLICABLE |
| Grave Markers and Headstones-Any One Policy Year | NOT APPLICABLE |
| Outdoor Fences Limitation | NOT APPLICABLE |
| Outdoor Signs Limitation | NOT APPLICABLE |
| Protective Safeguards Upgrade | NOT APPLICABLE |
| Roof Protection-Per Building Any One Policy Year | NOT APPLICABLE |
| Specified Appurtenant Structures | NOT APPLICABLE |
| Underground Fiber Optic Cable-Any One Occurrence | NOT APPLICABLE |
| Underground Fiber Optic Cable-Any One Policy Year | NOT APPLICABLE |

Copyright, 2013 Selective Insurance Company of America. All rights reserved. Includes copyrighted material with permission of American Association of Insurance Services, Inc.

Case 3:18-cv-00482-TRM-HBG   Document 1   Filed 11/12/18   Page 50 of 102   PageID #: 50
INSURED'S COPY

## GOLF COURSE / COUNTRY CLUB SUPPLEMENTAL COVERAGES

| | |
|---|---|
| Additional Property Covered-Golf Course/CC | NOT APPLICABLE |
| Business Personal Property of Golf Professionals | NOT APPLICABLE |
| Swimming Pools | NOT APPLICABLE |
| Theft of Telephone or Data Line Services | NOT APPLICABLE |

## COMM•UNITY® OF FAITH SUPPLEMENTAL COVERAGES

| | |
|---|---|
| Automated External Defibrillators | NOT APPLICABLE |
| Donated Automobiles Held for Sale<br>(Does not apply in Virginia or Massachusetts) | NOT APPLICABLE |
| Dwelling Appurtenances | NOT APPLICABLE |
| Dwelling Personal Property | NOT APPLICABLE |
| Grave Markers and Headstones-Any One Occurrence | NOT APPLICABLE |
| Grave Markers and Headstones-Any One Policy Year | NOT APPLICABLE |
| Personal Property and Personal Effects of Clergy | NOT APPLICABLE |

## RESORT HOTELS SUPPLEMENTAL COVERAGES

| | |
|---|---|
| Additional Property Covered-Golf Course/CC | NOT APPLICABLE |
| Business Personal Property of Golf Professionals | NOT APPLICABLE |
| Concierge Services-Any One Person | NOT APPLICABLE |
| Concierge Services-Any One Occurrence | NOT APPLICABLE |
| Electronic Security Keying Systems | NOT APPLICABLE |
| Swimming Pools | NOT APPLICABLE |
| Theft of Telephone or Data Line Services | NOT APPLICABLE |

## SCHOOLS SUPPLEMENTAL COVERAGES

| | |
|---|---|
| Automated External Defibrillators | NOT APPLICABLE |
| Harvested Crops | NOT APPLICABLE |
| Personal Effects of Students-Any One Student | NOT APPLICABLE |
| Personal Effects of Students-Any One Occurrence | NOT APPLICABLE |
| Outdoor Fences Limitation | NOT APPLICABLE |
| Outdoor Signs Limitation | NOT APPLICABLE |
| Roof Protection-Per Building Any One Year | NOT APPLICABLE |
| Specified Appurtenant Structures | NOT APPLICABLE |
| Underground Fiber Optic Cable-Any One Occurrence | NOT APPLICABLE |
| Underground Fiber Optic Cable-Any One Policy Year | NOT APPLICABLE |

## SOCIAL SERVICES SUPPLEMENTAL COVERAGES

| | |
|---|---|
| Automated External Defibrillators | NOT APPLICABLE |
| Canine Coverage-Any One Canine | NOT APPLICABLE |
| Canine Coverage-Any One Policy Year | NOT APPLICABLE |
| Damage to Property of Home Care Providers | NOT APPLICABLE |
| Mobile Medical Equipment | NOT APPLICABLE |
| Property of Residents or Clients-<br>Any One Resident/Client | NOT APPLICABLE |
| Property of Residents or Clients-<br>Any One Occurrence | NOT APPLICABLE |
| Theft of Resident's or Client's Money and Securities-<br>Any One Resident/Client | NOT APPLICABLE |
| Theft of Resident's or Client's Money and Securities-<br>Any One Occurrence | NOT APPLICABLE |

Copyright, 2013 Selective Insurance Company of America. All rights reserved. Includes copyrighted material with permission of American Association of Insurance Services, Inc.

Case 3:18-cv-00482-TRM-HBG Document 1 Filed 11/12/18 Page 51 of 102 PageID #: 51
INSURED'S COPY

## ASSISTED LIVING FACILITIES SUPPLEMENTAL COVERAGES

| | |
|---|---|
| Automated External Defibrillators | NOT APPLICABLE |
| Mobile Medical Equipment | NOT APPLICABLE |
| Property of Residents-Any One Resident | NOT APPLICABLE |
| Property of Residents-Any One Occurrence | NOT APPLICABLE |
| Theft of Resident's Money and Securities-<br>Any One Resident | NOT APPLICABLE |
| Theft of Resident's Money and Securities-<br>Any One Occurrence | NOT APPLICABLE |

## SUPPLEMENTAL MARINE COVERAGES

| | |
|---|---|
| Accounts Receivable | $100,000 |
| Electrical or Magnetic Disturbance of Computers | INCLUDED IN BPP LIMIT |
| Power Supply Disturbance of Computers | INCLUDED IN BPP LIMIT |
| Virus and Hacking Coverage | |
| Limit any one occurrence | $25,000 |
| Limit any 12 month period | $50,000 |
| Fine Arts | $100,000 |
| Off Premises Computers | $25,000 |
| Property In Transit | $50,000 |
| Property On Exhibition | $50,000 |
| Sales Representative Samples | $50,000 |
| Software Storage | $50,000 |
| Valuable Papers | $100,000 |

## EMERGENCY SERVICES & GOVERNMENTAL SUPPLEMENTAL MARINE COVERAGES

| | |
|---|---|
| Commandeered Property | NOT APPLICABLE |

## ADDITIONAL PROPERTY SUBJECT TO LIMITATIONS

| | |
|---|---|
| Furs (theft) | $10,000 |
| Jewelry (theft) | $10,000 |
| Stamps, Tickets, Letters of Credit | $5,000 |

## PROPERTY COVERAGE OPTIONS (check if applicable)

| | | |
|---|---|---|
| ☐ | Actual Cash Value Applies | |
| ☐ | Automatic Increase | |
| ☒ | Scheduled Locations | |
| | Newly Built or Acquired Buildings | $5,000,000 |
| | Personal Property-Acquired Locations | $2,000,000 |
| | Locations "You" Elect Not To Describe | $100,000 |
| | Coinsurance | NONE |

## OPTIONAL PROPERTY COVERAGES AND ENDORSEMENTS (check if applicable)

| | | |
|---|---|---|
| ☐ | Donated Property Held For Sale | |
| ☐ | Earthquake Sprinkler Leakage | |
| ☐ | Functional Replacement Cost | |
| ☐ | Golf Club Professional Replacement Expense<br>(Not available in IL, MO and VA) | |
| ☐ | Guaranteed Replacement Cost | |
| ☒ | Installment Sales | $100,000 |
| ☒ | Limited Fungus And Related Perils Property Coverage<br>The most "we" pay for all losses<br>at all "covered locations" is: | $50,000 |
| ☒ | Loss Payable Options | |

Copyright, 2013 Selective Insurance Company of America. All rights reserved. Includes
copyrighted material with permission of American Association of Insurance Services, Inc.

**CO 50 00 04 14**
**Page 4 of 9**

INSURED'S COPY

☐ Off-Site Server Coverage and Interruption of Web Site
  Supplemental Marine Coverage
    Off site server limit
    Off site server Virus and Hacking limit
    12 month Virus and Hacking period limit
    Deductible Amount
    ☐ Denial of Service Attack Excluded
☐ Property Excluded
☐ Refrigeration Breakdown Property In Transit Supplemental
  Marine Coverage Extension-Owner's Cargo Only
☐ Reporting Conditions
☐ Key Employee Replacement Expense
  (Not available in IL, MO and VA)
☐ Stated Value Endorsement
☐ Transit and Location Property Coverage-Outside the
  Territorial Limits
☐ Transit Backhaul
☐ Theft Exclusion
☐ Vacancy or Unoccupancy Coverage
☐ Vehicle Coverage

---

## INCOME COVERAGE PART

### COVERAGE (check one)

☐ Income Coverage Does Not Apply
☐ Earnings, Rents, and Extra Expense
☐ Earnings and Extra Expense
☒ Rents and Extra Expense
☐ Extra Expense Only

### LIMIT

☒ Income Coverage Limit-The most "we" pay
  for loss at any one "covered location" is:                    $11,591,073

  The Income Limit shown above does not
  include any Scheduled locations.
☒ Scheduled Locations. Refer to CO 50 01.

### DEDUCTIBLE
WAITING PERIOD –    72HRS

Copyright, 2013 Selective Insurance Company of America. All rights reserved. Includes
copyrighted material with permission of American Association of Insurance Services, Inc.
INSURED'S COPY

## INCOME COVERAGE EXTENSIONS

| | |
|---|---|
| Interruption By Civil Authority | 30 DAYS |
| Period of Loss Extension | 180 DAYS |

## SUPPLEMENTAL INCOME COVERAGES

| | |
|---|---|
| Auto Physical Damage | $25,000 |
| Computer Virus and Hacking | |
|     Limit any one occurrence | $25,000 |
|     Limit any 12 month period | $75,000 |
|     Waiting Period | 12 HOURS |
| Contract Penalty | |
|     Limit any one occurrence | $100,000 |
|     Limit any 12 month period | $250,000 |
| Dependent Locations | $250,000 |
| Food Contamination Shutdown | $50,000 |
| Ingress Or Egress | $50,000 |
| Off Premises Utility Service Interruption | $25,000 |
|     Service Interruption Waiting Period | 12 HOURS |

☐ Overhead Transmission Lines Excluded

Covered Utility:

☒ Power      ☒ Gas

☒ Telecommunications      ☒ Water

| | |
|---|---|
| Pollutants Cleanup and Removal | $25,000 |
| Property In Transit, On Exhibition, or Custody of Sales Representatives | $25,000 |
| Realty Tax | $50,000 |
| Sewer Backup & Water Below the Surface | $100,000 |

## EMERGENCY SERVICES & GOVERNMENTAL SUPPLEMENTAL INCOME COVERAGES

| | |
|---|---|
| Emergency Vacating Expense | NOT APPLICABLE |

## GOLF COURSE / COUNTRY CLUB SUPPLEMENTAL INCOME COVERAGES

| | |
|---|---|
| Communicable Disease Extra Expense | NOT APPLICABLE |
| Customer Inconvenience Remuneration | NOT APPLICABLE |
| Emergency Vacating and Relocating Expense | NOT APPLICABLE |

## COMM•UNITY® OF FAITH SUPPLEMENTAL INCOME COVERAGES

| | |
|---|---|
| Communicable Disease Extra Expense | NOT APPLICABLE |
| Emergency Vacating Expense | NOT APPLICABLE |
| Terrorism Travel Expense | NOT APPLICABLE |

## RESORT HOTELS SUPPLEMENTAL INCOME COVERAGES

| | |
|---|---|
| Communicable Disease Extra Expense | NOT APPLICABLE |
| Customer Inconvenience Remuneration | NOT APPLICABLE |
| Emergency Vacating and Relocating Expense | NOT APPLICABLE |

## SCHOOLS SUPPLEMENTAL INCOME COVERAGES

| | |
|---|---|
| Communicable Disease Extra Expense | NOT APPLICABLE |
| Emergency Vacating Expense | NOT APPLICABLE |
| Loss of Income-Planned Events | NOT APPLICABLE |
| Violent Event Extra Expense-Any One Policy Year | |

Copyright, 2013 Selective Insurance Company of America. All rights reserved. Includes copyrighted material with permission of American Association of Insurance Services, Inc.

Case 3:18-cv-00482-TRM-HBG Document 1 Filed 11/12/18 Page 54 of 102 PageID #: 54

INSURED'S COPY

## SOCIAL SERVICES SUPPLEMENTAL INCOME COVERAGES

| | |
|---|---|
| Communicable Disease Extra Expense | NOT APPLICABLE |
| Emergency Vacating Expense | NOT APPLICABLE |
| Meeting Space Expense | NOT APPLICABLE |
| Relocation Fees | NOT APPLICABLE |
| Temporary Room Vacancy Income-Any One Accident/Illness Involving One Resident/Client | NOT APPLICABLE |
| Temporary Room Vacancy Income-Any One Policy Year | NOT APPLICABLE |
| Terrorism Travel Expense | NOT APPLICABLE |

## ASSISTED LIVING FACILITIES SUPPLEMENTAL INCOME COVERAGES

| | |
|---|---|
| Communicable Disease Extra Expense | NOT APPLICABLE |
| Emergency Vacating Expense | NOT APPLICABLE |
| Terrorism Travel Expense | NOT APPLICABLE |

## INCOME COVERAGE OPTIONS (check if applicable)

[x] Scheduled Locations

    Newly Built or Acquired Locations            $500,000

    Coinsurance                             NONE

[ ] Monthly Limitation

[ ] Extra Expense Recovery Period Percentages

## OPTIONAL INCOME COVERAGES AND ENDORSEMENTS (check if applicable)

[ ] Denial of Service Attack-On-site & Off-site Server

[ ] Expanded Restoration Period-Extra Expense

[ ] Income Coverage from Dependent Locations-Separate Limits

[ ] Income From Dependent Domestic & Foreign Locations

[x] Limited Fungus And Related Perils Income Coverage: Time Limitation:           30 DAYS

[ ] Off Site Server Coverage & Interruption of Web Site

    Interruption of Web Site

    Interruption of Web Site Virus & Hacking

    12 month Virus and Hacking period limit

    Waiting Period

    Coverage Limitation

    [ ] Denial of Service Attack Excluded

[ ] Ordinary Payroll Limitation

[ ] Ordinary Payroll Exclusion

[ ] Power, Heat & Refrigeration Exclusion

[ ] Research and Development Projects-Income Coverage

[ ] Seasonal Leases

[ ] Transit and Location Property & Income Coverage-Outside the Territorial Limits

[ ] Tuition Coverage Limit-The most "we" pay for loss at any one "covered location" is:

Copyright, 2013 Selective Insurance Company of America. All rights reserved. Includes copyrighted material with permission of American Association of Insurance Services, Inc.

INSURED'S COPY

## EQUIPMENT BREAKDOWN COVERAGE PART

☐ Not Covered
☒ **EQUIPMENT BREAKDOWN COVERAGE LIMITS**

| | |
|---|---|
| Property Damage | FOLLOWS PROPERTY COVERAGES |
| Income Coverage | FOLLOWS INCOME COVERAGES |

**Income Coverages**

| | |
|---|---|
| Period of Loss Extension | 180 DAYS |

Coverage Options (check one)
- ☐ Earnings, Rents, and Extra Expense
- ☐ Earnings and Extra Expense
- ☒ Rents and Extra Expense
- ☐ Extra Expense Only

**EQUIPMENT BREAKDOWN DEDUCTIBLES**

| | |
|---|---|
| Combined Property and Income Coverages | FOLLOWS PROPERTY DEDUCTIBLE |
| Property Coverages | NOT APPLICABLE |
| Income Coverages | NOT APPLICABLE |
| Other (describe) | |

**EQUIPMENT BREAKDOWN COVERAGE EXTENSIONS**

| | |
|---|---|
| Animal Coverage | $250,000 |
| Expediting Expense | $250,000 |
| Pollutants | $250,000 |
| Ordinance or Law Undamaged Parts of Buildings | FOLLOWS PROPERTY COVERAGES |
| Ordinance or Law Increased Cost to Repair / Cost to Demolish and Clear Site | FOLLOWS PROPERTY COVERAGES |
| Off Premises Utility Service Interruption | FOLLOWS EB INCOME COVERAGES |
| Defense Costs | COVERED |
| Limited Fungus And Related Perils Property Damage Coverage. The most "we" pay for all losses at all "covered locations" is: | $50,000 |
| ☒ Limited Fungus And Related Perils Income Coverage. Time Limitation: | 30 DAYS |

Copyright, 2013 Selective Insurance Company of America. All rights reserved. Includes copyrighted material with permission of American Association of Insurance Services, Inc.

**CO 50 00 04 14**
**Page 8 of 9**

INSURED'S COPY

**OTHER CONDITIONS**

---

**SPOILAGE COVERAGE PART**

---

☒ Not Covered
**Spoilage Catastrophe Limit** - The most "we" pay for
loss in any one occurrence is:

☐ **BLANKET SPOILAGE COVERAGE**
Location Limit - The most "we" pay for
loss at any one "covered location" is:

Blanket Limit shown above does not include
any Scheduled locations.

☐ **SCHEDULED SPOILAGE COVERAGE.** Refer to CO 50 01.

**Spoilage Deductible**

**Additional Conditions** (check if applicable)
☐ Selling Price Valuation
☐ Refrigeration, Maintenance, or Service Agreement

**PERILS COVERED**
☐ Breakdown, Malfunction, or Failure
   (Equipment Breakdown)
☐ Refrigerant Contamination
   (Equipment Breakdown)
☐ Refrigerant Contamination
   (Other Causes Of Loss)
☐ Power Disruption (Equipment Breakdown)
☐ Power Disruption (Other Causes Of Loss)

Copyright, 2013 Selective Insurance Company of America. All rights reserved. Includes
copyrighted material with permission of American Association of Insurance Services, Inc.

INSURED'S COPY

| Endorsement Number | Policy Number |
|---|---|
| CP0011 | S 2013560 |

## SELECTIVE INSURANCE COMPANY OF SOUTH CAROLI
3426 TORINGDON WAY, CHARLOTTE, NC 28277

## POLICY CHANGES

| | |
|---|---|
| **Named Insured and Address**<br>JOHN R FISER INC, JRF PROPERTIES, LLC DBA THE ADAIR COMPANY,<br>JRF PROPERTIES, LLC DBA BROADWAY SQUARE COMPANY, JRF<br>132 SHERLAKE LN<br>KNOXVILLE, TN 37922-2307<br>CONTINUED ON SCHEDULE: IL-7041 | **Policy Period**<br>From: DECEMBER 31, 2016<br>To: DECEMBER 31, 2017<br>**Endorsement Effective Date:**<br>OCTOBER 19, 2017 |
| **Producer:**<br>TIS INSURANCE SERVICES INC | **Producer Number:**<br>00-41015-00000 |

COVERAGE PART AFFECTED COMMERCIAL OUTPUT PROGRAM COVERAGE PART

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

```
THE FOLLOWING COP FORM(S) AND ENDORSEMENT(S) ARE CHANGED:
IL7025A      11/89    COMMERCIAL POLICY INFORMATION PAGE
IL7028       03/94    POLICY CHANGES ENDORSEMENT

TOTAL COP ADDL/RETURN PREMIUM:                  753.00
```

| Forms and Endorsements: | Additional Endorsement Premium |
|---|---|
| IL 70 25A 1189  COMMERCIAL POLICY INFORMATION PAGE<br>CO 50 00  0414   SCHEDULE OF COVERAGES - COP<br>CO 50 23  1208   COMMERCIAL OUTPUT PROGRAM DECLARATION<br>CL 01 00  0399   COMMON POLICY CONDITIONS<br>CONTINUED ON SCHEDULE:  IL-7035 | $753.00 |
| **NOTICE TO POLICYHOLDER:** All the forms and endorsements contained in this coverage part as of the Endorsement Effective Date are listed above. Forms and endorsements added to this policy after this date will appear on another Policy Changes endorsement. Please read your policy and all "Policy Changes" carefully. | REG - 1<br>(This premium may be subject to adjustment.) |

Date Issued:  OCTOBER 24, 2017

Authorized Representative: _____

Issuing Office:  SOUTHERN REGION

IL-7028 (03/94)

INSURED'S COPY

# COMMERCIAL POLICY FORMS AND ENDORSEMENT SCHEDULE

| Policy Effective Date: DECEMBER 31, 2016 | Schedule Effective Date: OCTOBER 19, 2017 |
| --- | --- |

CONTINUATION OF FORMS FOR ENDORSEMENT NUMBER CP0011

```
CL 01 18    0101    AMENDATORY ENDORSEMENT-TN
CL 06 00    0115    CERTIFIED TERRORISM LOSSES
CL 07 00    1006    VIRUS OR BACTERIA EXCLUSION
CO 10 00    1002    COP-PROPERTY COVERAGE PART
CO 10 01    0402    COP-INCOME COVERAGE PART
CO 10 03    0402    EQUIPMENT BREAKDOWN COVERAGE PART
CO 10 65    0402    PROTECTIVE DEVICES SCHEDULE
CO 10 72    0402    LOSS PAYABLE SCHEDULE
CO 12 27    0502    SCHEDULED LOCATIONS ENDORSEMENT
CO 12 32    0402    LOSS PAYABLE OPTIONS
CO 12 33    0402    PREMIUM PAYMENTS
CO 12 38    0402    PROTECTIVE DEVICES ENDORSEMENTS
CO 12 80    0402    PROPERTY AND INCOME COVERAGE DEDUCTIBLE
CO 12 81    0402    WAITING PERIOD-INCOME COVERAGE
CO 12 87    0402    INSTALLMENT SALES COVERAGE
CO 12 93    1103    LIMITED FUNGUS & RELATED PERILS COV
CO 12 94    1103    LIMITED FUNGUS & REL PERILS COV-EQ/BK
CO 50 01    0414    LOCATION SCHEDULE
CO 50 02    0414    COP PREMIER PAC ENHANCEMENT ENDT
CO 50 09    0807    COP LEGAL LIABILITY-BUILDING
CO 50 10    0807    COP EB OFF PREM UTIL SERV INTERRUPT
CO 50 11    0807    COP EB DESTRUCTIVE TESTING EXCLUSION
CO 50 12    0807    COP EB ANIMALS COVERAGE ENDORSEMENT
CO 50 14    0807    ASBESTOS EXCLUSION
CO 50 19    0907    MORTGAGE HOLDERS SCHEDULE
IL 09 85A   0115    DISCL PURSUANT TO TERR RISK INS ACT
IL 70 01    0188    ADDITIONAL NAMED INSURED ENDORSE
IN 01 29    0116    NOTICE - OFFER OF TERR COV AND REJECTION
IN 01 99    0406    IMPORTANT NOTICE-EQUIP B/D COV INSP SERV
IN 03 29    0310    IMPORTANT NOTICE TO POLICYHOLDERS
IN 03 80    0414    IMPT NOTICE POLICYHOLDERS COP-BROADENING
```

**NOTICE TO POLICYHOLDER:** All the forms and endorsements contained in this policy as of the "Schedule Effective Date" are listed above. Forms and endorsements added to the policy after this date will appear on a "Policy Changes" endorsement. Please read your policy and all "Policy Changes" carefully.

**NOTE:** All applicable "IL" endorsements will be attached in the Common Section of the policy.

IL-7035 (08/93)

| Previous Policy Number | Policy Number |
|---|---|
| S 2013560 | S 2013560 |

# COMMERCIAL OUTPUT PROGRAM DECLARATION

| Policy Effective Date: DECEMBER 31, 2016 | Coverage Effective Date: OCTOBER 19, 2017 |
|---|---|

**Business of Named Insured:**
LESSORS RISK

**Insurance is provided only for those coverages for which a specific limit is shown on the attached Schedule Of Coverages.**

## COVERAGE SCHEDULE

Refer to Schedule Of Coverages

| Forms and Endorsements: | Premium Amount |
|---|---|
| Refer to "Commercial Policy Forms and Endorsement Schedule" | $225,394.00 |

CO-5023 (12/08)

INSURED'S COPY

# LOCATION SCHEDULE

**AAIS**
**CO 50 01 04 14**

POLICY NUMBER:  s   2013560

(The entries required to complete this endorsement will be shown below or on the "schedule of coverages".)

Coverage provided by the Commercial Output Program coverage parts applies only to the "covered locations" described below. Refer to "schedule of coverages" for applicable "limits", additional coverages, and, if applicable, coinsurance percentage. Any covered property described below that is shown as Scheduled is not part of any blanket coverage "limit".

## SCHEDULE

| Loc. No. | Bldg. No. | Covered Property (describe) | Limit | Blanket Type or Scheduled | Valuation |
|---|---|---|---|---|---|
| 001 | 001 | BUILDING | $280,227 | BLDG BPP | RC |
| 001 | 001 | INCOME | $30,941 | INCOME | |
| 002 | 001 | BUILDING | $822,785 | BLDG BPP | RC |
| 002 | 001 | INCOME | $98,070 | INCOME | |
| 003 | 001 | BUILDING | $11,300,000 | BLDG BPP | RC |
| 003 | 001 | INCOME | $1,399,629 | INCOME | |
| 004 | 001 | BUILDING | $1,050,000 | BLDG BPP | RC |
| 004 | 001 | INCOME | $68,735 | INCOME | |
| 005 | 001 | BUILDING | $1,075,433 | BLDG BPP | RC |
| 005 | 001 | INCOME | $100,827 | INCOME | |
| 006 | 001 | BUILDING | $733,915 | BLDG BPP | RC |
| 006 | 001 | INCOME | $78,311 | INCOME | |
| 007 | 001 | BUILDING | $700,945 | BLDG BPP | RC |
| 007 | 001 | INCOME | $41,099 | INCOME | |
| 008 | 001 | BUILDING | $1,037,696 | BLDG BPP | RC |
| 008 | 001 | INCOME | $99,372 | INCOME | |
| 009 | 001 | BUILDING | $1,169,848 | BLDG BPP | RC |
| 009 | 001 | INCOME | $132,324 | INCOME | |
| 010 | 001 | BUILDING | $1,169,848 | BLDG BPP | RC |
| 010 | 001 | INCOME | $102,626 | INCOME | |
| 011 | 001 | BUILDING | $1,490,940 | BLDG BPP | RC |
| 011 | 001 | BUSINESS PERSONAL PROPERTY | $119,340 | BLDG BPP | RC |
| 011 | 001 | INCOME | $90,228 | INCOME | |
| 011 | 002 | BUILDING | $650,300 | BLDG BPP | RC |
| 011 | 002 | INCOME | $52,024 | INCOME | |
| 012 | 001 | BUILDING | $1,512,619 | BLDG BPP | RC |
| 012 | 001 | INCOME | $176,816 | INCOME | |
| 013 | 001 | BUILDING | $1,023,870 | BLDG BPP | RC |
| 013 | 001 | INCOME | $120,983 | INCOME | |
| 014 | 001 | BUILDING | $1,395,708 | BLDG BPP | RC |
| 014 | 001 | INCOME | $172,313 | INCOME | |
| 015 | 001 | BUILDING | $5,037,550 | BLDG BPP | RC |
| 015 | 001 | INCOME | $1,017,241 | INCOME | |
| 016 | 001 | BUILDING | $2,200,000 | BLDG BPP | RC |
| 016 | 001 | INCOME | $386,777 | INCOME | |
| 017 | 001 | BUILDING | $2,000,000 | BLDG BPP | RC |
| 017 | 001 | INCOME | $319,524 | INCOME | |
| 018 | 001 | BUILDING | $1,661,183 | BLDG BPP | RC |
| 018 | 001 | INCOME | $207,515 | INCOME | |
| 019 | 001 | BUILDING | $1,397,055 | BLDG BPP | RC |
| 019 | 001 | INCOME | $153,038 | INCOME | |
| 020 | 001 | BUILDING | $536,158 | BLDG BPP | RC |
| 020 | 001 | INCOME | $37,500 | INCOME | |
| 021 | 001 | BUILDING | $1,268,064 | BLDG BPP | RC |

Copyright, 2013 Selective Insurance Company of America. All rights reserved. Includes copyrighted material with permission of American Association of Insurance Services, Inc.

CO 50 01 04 14
Page 1 of 1

INSURED'S COPY

# LOCATION SCHEDULE

**AAIS**
**CO 50 01 04 14**

POLICY NUMBER: s 2013560

(The entries required to complete this endorsement will be shown below or on the "schedule of coverages".)

Coverage provided by the Commercial Output Program coverage parts applies only to the "covered locations" described below. Refer to "schedule of coverages" for applicable "limits", additional coverages, and if applicable, coinsurance percentage. Any covered property described below that is shown as Scheduled is not part of any blanket coverage."limit".

## SCHEDULE

| Loc. No. | Bldg. No. | Covered Property (describe) | Limit | Blanket Type or Scheduled | Valuation |
|---|---|---|---|---|---|
| 021 | 001 | INCOME | $149,312 | INCOME | |
| 022 | 001 | BUILDING | $954,720 | BLDG BPP | RC |
| 022 | 001 | INCOME | $143,160 | INCOME | |
| 023 | 001 | BUILDING | $1,227,100 | BLDG BPP | RC |
| 023 | 001 | INCOME | $168,975 | INCOME | |
| 024 | 001 | BUILDING | $1,764,427 | BLDG BPP | RC |
| 024 | 001 | INCOME | $216,319 | INCOME | |
| 025 | 001 | BUILDING | $680,186 | BLDG BPP | RC |
| 025 | 001 | INCOME | $95,796 | INCOME | |
| 026 | 001 | BUILDING | $1,590,636 | BLDG BPP | RC |
| 026 | 001 | INCOME | $144,126 | INCOME | |
| 027 | 001 | BUILDING | $1,580,827 | BLDG BPP | RC |
| 027 | 001 | INCOME | $162,257 | INCOME | |
| 028 | 001 | BUILDING | $1,590,636 | BLDG BPP | RC |
| 028 | 001 | INCOME | $221,571 | INCOME | |
| 029 | 001 | BUILDING | $2,179,502 | BLDG BPP | RC |
| 029 | 001 | INCOME | $301,011 | INCOME | |
| 030 | 001 | BUILDING | $2,047,562 | BLDG BPP | RC |
| 030 | 001 | INCOME | $203,518 | INCOME | |
| 031 | 001 | BUILDING | $2,510,390 | BLDG BPP | RC |
| 031 | 001 | INCOME | $285,324 | INCOME | |
| 032 | 001 | BUILDING | $2,899,501 | BLDG BPP | RC |
| 032 | 001 | INCOME | $110,858 | INCOME | |
| 033 | 001 | BUILDING | $1,796,193 | BLDG BPP | RC |
| 033 | 001 | INCOME | $199,843 | INCOME | |
| 034 | 001 | BUILDING | $1,067,443 | BLDG BPP | RC |
| 034 | 001 | INCOME | $110,897 | INCOME | |
| 035 | 001 | BUILDING | $2,986,738 | BLDG BPP | RC |
| 035 | 001 | INCOME | $327,996 | INCOME | |
| 036 | 001 | BUILDING | $1,213,160 | BLDG BPP | RC |
| 036 | 001 | INCOME | $108,000 | INCOME | |
| 040 | 001 | BUILDING | $3,494,613 | BLDG BPP | RC |
| 040 | 001 | INCOME | $692,609 | INCOME | |
| 042 | 001 | BUILDING | $2,530,000 | BLDG BPP | RC |
| 042 | 001 | INCOME | $559,417 | INCOME | |
| 043 | 001 | BUILDING | $2,668,190 | BLDG BPP | RC |
| 043 | 001 | INCOME | $396,675 | INCOME | |
| 044 | 001 | BUILDING | $1,403,091 | BLDG BPP | RC |
| 044 | 001 | INCOME | $90,000 | INCOME | |
| 045 | 001 | BUILDING | $2,478,600 | BLDG BPP | RC |
| 045 | 001 | INCOME | $177,141 | INCOME | |
| 047 | 001 | BUILDING | $2,370,092 | BLDG BPP | RC |
| 047 | 001 | INCOME | $238,739 | INCOME | |
| 047 | 002 | BUILDING | $1 | BLDG BPP | RC |

Copyright, 2013 Selective Insurance Company of America. All rights reserved. Includes copyrighted material with permission of American Association of Insurance Services, Inc.

Case 3:18-cv-00482-TRM-HBG Document 1 Filed 11/12/18 Page 62 of 102 PageID #: 62
INSURED'S COPY

# LOCATION SCHEDULE

POLICY NUMBER: S 2013560

(The entries required to complete this endorsement will be shown below or on the "schedule of coverages":)

Coverage provided by the Commercial Output Program coverage parts applies only to the "covered locations" described below. Refer to "schedule of coverages" for applicable "limits", additional coverages, and, if applicable, coinsurance percentage. Any covered property described below that is shown as Scheduled is not part of any blanket coverage."limit".

## SCHEDULE

| Loc. No. | Bldg. No. | Covered Property (describe) | Limit | Blanket Type or Scheduled | Valuation |
|---|---|---|---|---|---|
| 047 | 002 | INCOME | $260,590 | INCOME | |
| 050 | 001 | BUILDING | $1,500,000 | BLDG BPP | RC |
| 050 | 001 | INCOME | $302,341 | INCOME | |
| 051 | 001 | BUILDING | $1,025,570 | BLDG BPP | RC |
| 053 | 001 | BUILDING | $1,701,000 | BLDG BPP | RC |
| 053 | 001 | INCOME | $275,129 | INCOME | |
| 054 | 001 | BUILDING | $3,500,000 | BLDG BPP | RC |
| 054 | 001 | INCOME | $324,500 | INCOME | |
| 055 | 001 | BUILDING | $500,000 | BLDG BPP | RC |
| 055 | 001 | INCOME | $94,563 | INCOME | |
| 069 | 001 | BUILDING | $1,200,000 | BLDG BPP | RC |
| 069 | 001 | INCOME | $281,248 | INCOME | |
| 072 | 001 | BUILDING | $19,200,000 | BLDG BPP | RC |
| 072 | 001 | INCOME | $1,356,000 | INCOME | |
| 073 | 001 | BUILDING | $2,450,000 | BLDG BPP | RC |
| 073 | 001 | INCOME | $63,266 | INCOME | |
| 074 | 001 | BUILDING | $2,000,000 | SCHEDULED | RC |

Copyright, 2013 Selective Insurance Company of America. All rights reserved. Includes copyrighted material with permission of American Association of Insurance Services, Inc.

Case 3:18-cv-00482-TRM-HBG Document 1 Filed 11/12/18 Page 63 of 102 PageID #: 63

INSURED'S COPY

# SCHEDULE OF COVERAGES
# DIFFERENCE IN CONDITIONS

POLICY NUMBER: S 2013560

(The entries required to complete this schedule will be shown below or on the "schedule of coverages".)

**COVERAGES** (check one)

[x] Blanket Coverage

[ ] Scheduled Locations Coverage (check one)

    [ ] Refer to Locations Schedule

    [ ] Schedule On File

**TYPE OF COVERAGES** (check one)

[ ] DIC Coverage

[x] DIC Coverage Excluding Property Perils

    **Property Policy Information**

    Insurer SELECTIVE INSURANCE COMPANY OF SOUTH CAROLINA

    Policy Number S 2013560

    **Excess Coverage** (check if applicable)

    [ ] Excess coverage for "earthquake"

    [ ] Excess coverage for "flood"

    **National Flood Insurance Program** (if applicable)

    Policy Number NOT APPLICABLE

## EARTHQUAKE LIMITS

If Income Coverage is part of this policy and a loss is caused by or results from an earthquake, the "limit" for Income Coverage is part of and not in addition to the Earthquake Limits indicated below.

**Occurrence Limit** — The earthquake "occurrence limit" is: $10,000,000

**Aggregate Limit** — The earthquake "aggregate limit" is: $10,000,000

**Catastrophe Limit** — The earthquake "catastrophe limit" is: $10,000,000

## FLOOD LIMITS

If Income Coverage is part of this policy and a loss is caused by or results from a "flood", the "limit" for Income Coverage is part of and not in addition to the Flood Limits indicated below.

**Occurrence Limit** — The "flood" "occurrence limit" is: NOT COVERED

**Aggregate Limit** — The "flood" "aggregate limit" is: NOT COVERED

**Catastrophe Limit** — The "flood" "catastrophe limit" is: NOT COVERED

Copyright, American Association of Insurance Services, Inc., 2007

INSURED'S COPY

## ALL OTHER COVERED PERILS LIMITS
### (Excluding Earthquake And Flood)

**Occurrence Limit** — The "occurrence limit" for all other covered perils (excluding earthquake and "flood") is:          NOT COVERED

**Aggregate Limit** — The "aggregate limit" for all other covered perils (excluding earthquake and "flood") is:          NOT COVERED

**Catastrophe Limit** — The "catastrophe limit" for all other perils (excluding earthquake and "flood") is:          NOT COVERED

| COVERAGE EXTENSIONS | LIMIT |
|---|---|
| Additional Debris Removal Expenses | $10,000 |
| Emergency Removal | 30 DAYS |
| Limited Fungus Coverage | $15,000 |

| SUPPLEMENTAL COVERAGES | LIMIT |
|---|---|
| Foundations Of Buildings, Pilings And Underground Pipes | $100,000 |
| Newly Acquired Buildings | $100,000 |
| Ordinance or Law (Undamaged Parts Of A Building) | COVERED |
| Ordinance or Law (Increased Cost To Repair and Cost To Demolish/Clear Site) | $100,000 |
| Personal Property — Acquired Locations | $100,000 |
| Pollutant Cleanup And Removal | $25,000 |
| Property In Transit | $50,000 |

## COVERAGE OPTION

**Masonry Veneer** (check one)

[x] Covered For Loss Caused By Earthquake

[ ] Not Covered For Loss Caused By Earthquake

## VALUATION (check one)

[ ] Actual Cash Value

[x] Replacement Cost

Copyright, American Association of Insurance Services, Inc., 2007

IM 78 05 07 07
Page 2 of 3

**DEDUCTIBLES**

**Earthquake Deductible**  $25,000

**Flood Deductible**  NOT APPLICABLE

**All Other Covered Perils Deductible**  NOT APPLICABLE

## INCOME COVERAGE PART

**Coverage Options (check one)**

[x] No coverage

[ ] Earnings/"Rents"/Extra Expense

[ ] Earnings/Extra Expense

**Income Coverage Limit**  NOT COVERED

The Earthquake Limits and Flood Limits are the only "limits" that apply when a covered loss is caused by or results from earthquake or "flood".

**Income Coverage Waiting Period**  NOT APPLICABLE

## OPTIONAL COVERAGES AND ENDORSEMENTS

Copyright, American Association of Insurance Services, Inc., 2007

INSURED'S COPY

| Endorsement Number | Policy Number |
|---|---|
| GL0004 | S 2013560 |

## SELECTIVE INSURANCE COMPANY OF SOUTH CAROLINA
3426 TORINGDON WAY, CHARLOTTE, NC 28277

# POLICY CHANGES

| Named Insured and Address | Policy Period |
|---|---|
| JOHN R FISER INC, JRF PROPERTIES, LLC DBA THE ADAIR COMPANY, JRF PROPERTIES, LLC DBA BROADWAY SQUARE COMPANY, JRF 132 SHERLAKE LN. KNOXVILLE, TN 37922-2307     CONTINUED ON SCHEDULE: IL-7041 | From: DECEMBER 31, 2016<br>To: DECEMBER 31, 2017<br>Endorsement Effective Date:<br><br>OCTOBER 19, 2017 |
| Producer<br>TIS INSURANCE SERVICES INC. | Producer Number:<br>00-41015-00000 |

COVERAGE PART AFFECTED COMMERCIAL GENERAL LIABILITY COVERAGE PART

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

```
PREMIUM BASIS AMENDED AS FOLLOWS:
LOCATION # 074 /BUILDING # 001 INFORMATION HAS CHANGES AS FOLLOWS:
THE PREMIUM BASIS FOR CLASS CODE 61212 IS AMENDED TO 7,500.

THE FOLLOWING GENERAL LIABILITY FORM(S) AND ENDORSEMENT(S) ARE CHANGED
AND ARE EFFECTIVE WITH THE EFFECTIVE DATE OF THIS CHANGE:
IL7025A        11/89    COMMERCIAL POLICY INFORMATION PAGE
IL7028         03/94    POLICY CHANGES ENDORSEMENT

TOTAL GENERAL LIABILITY ADDL/RETURN PREMIUM:      33.00
```

**Forms and Endorsements:**

```
IL 70 25A .1189  COMMERCIAL POLICY INFORMATION PAGE
CG 70 35  0690   COMMERCIAL LIABILITY COVG DECLARATION
CG 00 01  0413   CGL COV FORM (OCCURRENCE)
CG 03 00B 0196   DEDUCTIBLE LIABILITY INSURANCE
CONTINUED ON SCHEDULE: IL-7035
```

Additional Endorsement Premium

$33.00

REG - 1

(This premium may be subject to adjustment.)

**NOTICE TO POLICY HOLDER:** All the forms and endorsements contained in this coverage part as of the Endorsement Effective Date are listed above. Forms and endorsements added to this policy after this date will appear on another Policy Changes endorsement. Please read your policy and all "Policy Changes" carefully.

| Date Issued: OCTOBER 24, 2017 | Authorized Representative_____ |
|---|---|
| Issuing Office: SOUTHERN REGION | |

IL-7028 (03/94)

INSURED'S COPY

# COMMERCIAL POLICY FORMS AND ENDORSEMENT SCHEDULE

| Policy Effective Date: DECEMBER 31, 2016 | Schedule Effective Date: OCTOBER 19, 2017 |
| --- | --- |

CONTINUATION OF FORMS FOR ENDORSEMENT NUMBER GL0004

```
CG 04 35   1207   EMPLOYEE BENEFITS LIAB COVERAGE
CG 20 18   0413   ADDL INSD-MORTGAGEE,ASSIGNEE,RECVR
CG 21 06   0514   EXCL ACCESS DISCL CONF PERS INF-W/LIM BI
CG 21 47   1207   EMPLOYMENT-RELATED PRACTICES EXCL
CG 21 67   1204   FUNGI OR BACTERIA EXCLUSION
CG 21 70   0115   CAP ON LOSSES FROM CERT ACTS OF TERROR
CG 25 03   0509   DESIGNATED CONST PROJECT(S) AGG LIMIT
CG 25 04   0509   DESIGNATED LOCATION(S) GENERAL AGG LIMIT
CG 73 00   0116   ELITEPAC GL EXT END
CG 79 35   0708   PRODUCT RECALL EXPENSE COV ENDT
IL 00 03   0908   CALCULATION OF PREMIUM
IL 00 17   1198   COMMON POLICY CONDITIONS
IL 00 21   0908   NUCLEAR ENERGY LIABILITY EXCLUSION
IL 02 50   0908   TN CHANGES-CANC AND NONRENEWAL
IL 09 85A  0115   DISCL PURSUANT TO TERR RISK INS ACT
IL 70 01   0188   ADDITIONAL NAMED INSURED ENDORSE
IL 89 48   0100   EXCLUSION - LEAD HAZARD
IL 89 56   0899   ASBESTOS EXCLUSION
IN 01 29   0116   NOTICE - OFFER OF TERR COV AND REJECTION
IN 00 02   0100   NOTICE-REDUCTION ON IL 8948
IN 00 03   0904   FACTS REGARDING PREMIUM AUDIT
IN 00 68   0699   IMPORTANT NOTICE ASBESTOS EXCLUSION
IN 01 06   1204   IMPORTANT NOTICE FUNGI OR BACTERIA
IN 05 63   0116   IMPORTANT NOTICE - ELITEPAC GL EXT
```

**NOTICE TO POLICYHOLDER:** All the forms and endorsements contained in this policy as of the "Schedule Effective Date" are listed above. Forms and endorsements added to the policy after this date will appear on a "Policy Changes" endorsement. Please read your policy and all "Policy Changes" carefully.

**NOTE:** All applicable "IL" endorsements will be attached in the Common Section of the policy.

# COMMERCIAL LIABILITY COVERAGE DECLARATION

| | |
|---|---|
| Policy Effective Date: DECEMBER 31, 2016 | Coverage Effective Date: OCTOBER 19, 2017 |
| Business of Named Insured: LESSORS RISK | |

Insurance is provided only for those coverages for which a specific limit is shown in the following coverage schedule.

## Coverage Limits

### COMMERCIAL GENERAL LIABILITY

| | |
|---|---|
| General Aggregate Limit (Other Than Products-Completed Operations) | $2,000,000 |
| Products-Completed Operations -- Aggregate Limit | $2,000,000 |
| Personal and Advertising -- Injury Limit | $1,000,000 |
| Each Occurrence Limit | $1,000,000 |
| Fire Damage Limit -- Any One Fire | $500,000 |
| Medical Expense Limit -- Any One Person | $15,000 |

## Commercial Liability Premium (s)

| Classification | Class Code | Premium Basis | Rates Premises-Operations | Rates Products-Completed Operations | Advanced Premium Premises-Operations | Advanced Premium Products-Completed Operations |
|---|---|---|---|---|---|---|
| ELITEPAC GENERAL LIABILITY EXTENSION ENDORSEMENT | | | | | $1,500.00 | |
| TERRORISM | | | | | $836.00 | |
| EMPLOYEE BENEFITS LIABILITY | 92100 | | FLAT | CHARGE | $157.00 | ---- |
| LOCATION #001  BUILDING #001 | | | | | | |
| SHOPPING CENTERS BLGS PREM (T-503) | 67635 | 2,775 (A) | 28.947 | INCL. | $80.00 | INCL. |
| CONCRETE CONSTRUCTION (T-503) | 91560 | IF ANY (P) | 6.984 | 9.469 | PREMIUM CHARGE TO BE DETERMINED UPON AUDIT | |
| LOCATION #002  BUILDING #001 | | | | | | |
| SHOPPING CENTERS BLGS PREM (T-503) | 67635 | 11,040 (A) | 28.947 | INCL. | $320.00 | INCL. |
| LOCATION #003  BUILDING #001 | | | | | | |
| SHOPPING CENTERS BLGS PREM (T-503) | 67635 | 171,414 (A) | 28.947 | INCL. | $4,962.00 | INCL. |
| LOCATION #004  BUILDING #001 | | | | | | |
| SHOPPING CENTERS BLGS PREM (T-503) | 67635 | 11,699 (A) | 28.947 | INCL. | $339.00 | INCL. |

CONTINUED ON SCHEDULE: CG-7045

| Minimum Premium | $367.00 | | $573.00 | Total Premium | $38,551.00 | $4,109.00 |
|---|---|---|---|---|---|---|

### Premium and Rate Legend

| Location of all premises you own, rent, or control: Refer to "Schedule of Locations" | | | |
|---|---|---|---|
| (T13) | Land | - rate per acre | |
| (P) | Payroll | - rate per $1000 of payroll | |
| (A) | Area | - rate per 1000 square feet | |
| (C) | Total Cost | - rate per $1000 of cost | |

This Schedule lists all your premises, operations and other exposures, as they exist as of the coverage effective date.

| Forms and Endorsements: Refer to "Commercial Policy Forms and Endorsement Schedule" | | Total Advance Premium $42,660.00 (This premium may be subject to adjustment.) |
|---|---|---|

CG-7035 (06/00)

INSURED'S COPY

# COMMERCIAL LIABILITY SCHEDULE

| Classification | Class Code | Premium Basis | | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|---|
| | | | | Premises - Operations | Products - Completed Operations | Premises - Operations | Products - Completed Operations |
| **LOCATION #005  BUILDING #001** | | | | | | | |
| WAREHOUSES OCCUPIED BY MULTIPLE INTEREST (T-503) | 68702 | 20,692 | (A) | 5.983 | INCL. | $124.00 | INCL. |
| **LOCATION #006  BUILDING #001** | | | | | | | |
| WAREHOUSES OCCUPIED BY MULTIPLE INTEREST (T-503) | 68702 | 14,485 | (A) | 5.983 | INCL. | $87.00 | INCL. |
| **LOCATION #007  BUILDING #001** | | | | | | | |
| WAREHOUSES OCCUPIED BY MULTIPLE INTEREST (T-503) | 68702 | 13,889 | (A) | 5.983 | INCL. | $82.00 | INCL. |
| **LOCATION #008  BUILDING #001** | | | | | | | |
| WAREHOUSES OCCUPIED BY MULTIPLE INTEREST (T-503) | 68702 | 19,155 | (A) | 5.983 | INCL. | $115.00 | INCL. |
| **LOCATION #009  BUILDING #001** | | | | | | | |
| WAREHOUSES OCCUPIED BY MULTIPLE INTEREST (T-503) | 68702 | 24,960 | (A) | 5.983 | INCL. | $149.00 | INCL. |
| **LOCATION #010  BUILDING #001** | | | | | | | |
| WAREHOUSES OCCUPIED BY MULTIPLE INTEREST (T-503) | 68702 | 24,594 | (A) | 5.983 | INCL. | $147.00 | INCL. |
| **LOCATION #011  BUILDING #001** | | | | | | | |
| BUILDINGS PREM OCCUP EMPL OTHER TH (T-503) | 61224 | 7,000 | (A) | 35.256 | INCL. | $247.00 | INCL. |
| WAREHOUSES OCCUPIED BY MULTIPLE INTEREST (T-503) | 68702 | 13,760 | (A) | 5.983 | INCL. | $82.00 | INCL. |
| WAREHOUSES OCCUPIED BY MULTIPLE INTEREST (T-503) | 68702 | 13,006 | (A) | 5.983 | INCL. | $78.00 | INCL. |
| CARPENTRY (T-503) | 91342 | 124,100 | (P) | 8.985 | 9.333 | $1,115.00 | $1,158.0 |
| CONTRACTORS EXEC SUPERVISORS (T-503) | 91580 | IF ANY | (P) | 9.205 | INCL. | PREMIUM CHARGE TO BE DETERMINED UPON AUDIT | |
| CONTRACTORS SUB OF BUILDINGS (T-503) | 91585 | 2,586,624 | (C) | 1.308 | 1.135 | $3,383.00 | $2,936.0 |
| DRY WALL OR WALLBOARD INSTALLATION (T-503) | 92338 | 4,038 | (P) | 3.331 | 3.663 | $13.00 | $15.0 |
| JANITORIAL SERVICES (T-503) | 96816 | IF ANY | (P) | 6.879 | INCL. | PREMIUM CHARGE TO BE DETERMINED UPON AUDIT | |
| PAINTING INTERIOR BUILDINGS OR STRUCTURE (T-503) | 98305 | IF ANY | (P) | 4.881 | 2.902 | PREMIUM CHARGE TO BE DETERMINED UPON AUDIT | |
| PAPERHANGING (T-503) | 98344 | IF ANY | (P) | 1.367 | 1.008 | PREMIUM CHARGE TO BE DETERMINED UPON AUDIT | |
| WELDING OR CUTTING | 99969 | IF ANY | (P) | 4.183 | 4.584 | PREMIUM CHARGE | |

CG 7045 (06/92)   INSURED'S COPY

# COMMERCIAL LIABILITY SCHEDULE

| Classification | Class Code | Premium Basis | | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|---|
| | | | | Premises Operations | Products Completed Operations | Premises Operations | Products Completed Operations |
| (T-503) | | | | | | TO BE DETERMINED UPON AUDIT | |
| LOCATION #012  BUILDING #001 | | | | | | | |
| WAREHOUSES OCCUPIED BY MULTIPLE INTEREST (T-503) | 68702 | 33,479 | (A) | 5.983 | INCL. | $200.00 | INCL. |
| LOCATION #013  BUILDING #001 | | | | | | | |
| WAREHOUSES OCCUPIED BY MULTIPLE INTEREST (T-503) | 68702 | 23,624 | (A) | 5.983 | INCL. | $141.00 | INCL. |
| LOCATION #014  BUILDING #001 | | | | | | | |
| WAREHOUSES OCCUPIED BY MULTIPLE INTEREST (T-503) | 68702 | 30,552 | (A) | 5.983 | INCL. | $183.00 | INCL. |
| LOCATION #015  BUILDING #001 | | | | | | | |
| SHOPPING CENTERS BLGS PREM (T-503) | 67635 | 71,985 | (A) | 28.947 | INCL. | $2,083.00 | INCL. |
| LOCATION #016  BUILDING #001 | | | | | | | |
| SHOPPING CENTERS BLGS PREM (T-503) | 67635 | 29,648 | (A) | 28.947 | INCL. | $858.00 | INCL. |
| LOCATION #017  BUILDING #001 | | | | | | | |
| WAREHOUSES OCCUPIED BY MULTIPLE INTEREST (T-503) | 68702 | 27,772 | (A) | 5.983 | INCL. | $166.00 | INCL. |
| LOCATION #018  BUILDING #001 | | | | | | | |
| WAREHOUSES OCCUPIED BY MULTIPLE INTEREST (T-505) | 68702 | 35,640 | (A) | 5.306 | INCL. | $189.00 | INCL. |
| LOCATION #019  BUILDING #001 | | | | | | | |
| WAREHOUSES OCCUPIED BY MULTIPLE INTEREST (T-505) | 68702 | 29,150 | (A) | 5.306 | INCL. | $155.00 | INCL. |
| LOCATION #020  BUILDING #001 | | | | | | | |
| WAREHOUSES OCCUPIED BY MULTIPLE INTEREST (T-505) | 68702 | 11,000 | (A) | 5.306 | INCL. | $58.00 | INCL. |
| LOCATION #021  BUILDING #001 | | | | | | | |
| WAREHOUSES OCCUPIED BY MULTIPLE INTEREST (T-505) | 68702 | 30,200 | (A) | 5.306 | INCL. | $160.00 | INCL. |
| LOCATION #022  BUILDING #001 | | | | | | | |
| WAREHOUSES OCCUPIED BY MULTIPLE INTEREST (T-505) | 68702 | 15,600 | (A) | 5.306 | INCL. | $83.00 | INCL. |
| LOCATION #023  BUILDING #001 | | | | | | | |
| WAREHOUSES OCCUPIED BY MULTIPLE INTEREST (T-505) | 68702 | 29,150 | (A) | 5.306 | INCL. | $155.00 | INCL. |
| LOCATION #024  BUILDING #001 | | | | | | | |
| WAREHOUSES OCCUPIED BY MULTIPLE INTEREST | 68702 | 33,912 | (A) | 5.306 | INCL. | $180.00 | INCL. |

CG 7045 (06/92)

INSURED'S COPY

## COMMERCIAL LIABILITY SCHEDULE

| Classification | Class Code | Premium Basis | | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|---|
| | | | | Premises-Operations | Products-Completed Operations | Premises-Operations | Products-Completed Operations |
| (T-505) | | | | | | | |
| LOCATION #025  BUILDING #001 | | | | | | | |
| WAREHOUSES OCCUPIED BY MULTIPLE INTEREST (T-505) | 68702 | 14,666 | (A) | 5.306 | INCL. | $78.00 | INCL. |
| LOCATION #026  BUILDING #001 | | | | | | | |
| WAREHOUSES OCCUPIED BY MULTIPLE INTEREST (T-505) | 68702 | 38,097 | (A) | 5.306 | INCL. | $202.00 | INCL. |
| LOCATION #027  BUILDING #001 | | | | | | | |
| WAREHOUSES OCCUPIED BY MULTIPLE INTEREST (T-505) | 68702 | 33,912 | (A) | 5.306 | INCL. | $180.00 | INCL. |
| LOCATION #028  BUILDING #001 | | | | | | | |
| WAREHOUSES OCCUPIED BY MULTIPLE INTEREST (T-505) | 68702 | 38,097 | (A) | 5.306 | INCL. | $202.00 | INCL. |
| LOCATION #029  BUILDING #001 | | | | | | | |
| WAREHOUSES OCCUPIED BY MULTIPLE INTEREST (T-505) | 68702 | 50,200 | (A) | 5.306 | INCL. | $266.00 | INCL. |
| LOCATION #030  BUILDING #001 | | | | | | | |
| WAREHOUSES OCCUPIED BY MULTIPLE INTEREST (T-505) | 68702 | 45,380 | (A) | 5.306 | INCL. | $241.00 | INCL. |
| LOCATION #031  BUILDING #001 | | | | | | | |
| WAREHOUSES OCCUPIED BY MULTIPLE INTEREST (T-505) | 68702 | 52,490 | (A) | 5.306 | INCL. | $279.00 | INCL. |
| LOCATION #032  BUILDING #001 | | | | | | | |
| WAREHOUSES OCCUPIED BY MULTIPLE INTEREST (T-505) | 68702 | 52,490 | (A) | 5.306 | INCL. | $279.00 | INCL. |
| LOCATION #033  BUILDING #001 | | | | | | | |
| WAREHOUSES OCCUPIED BY MULTIPLE INTEREST (T-505) | 68702 | 38,880 | (A) | 5.306 | INCL. | $206.00 | INCL. |
| LOCATION #034  BUILDING #001 | | | | | | | |
| WAREHOUSES OCCUPIED BY MULTIPLE INTEREST (T-505) | 68702 | 21,600 | (A) | 5.306 | INCL. | $115.00 | INCL. |
| LOCATION #035  BUILDING #001 | | | | | | | |
| WAREHOUSES OCCUPIED BY MULTIPLE INTEREST (T-505) | 68702 | 80,000 | (A) | 5.306 | INCL. | $424.00 | INCL. |
| LOCATION #036  BUILDING #001 | | | | | | | |
| WAREHOUSES OCCUPIED BY MULTIPLE INTEREST (T-505) | 68702 | 27,000 | (A) | 5.306 | INCL. | $143.00 | INCL. |
| LOCATION #037  BUILDING #001 | | | | | | | |
| WAREHOUSES OCCUPIED BY | 68702 | 12,000 | (A) | 5.306 | INCL. | $64.00 | INCL. |

CG7045 (06/92)   INSURED'S COPY

## COMMERCIAL LIABILITY SCHEDULE

| Classification | Class Code | Premium Basis | | Rates | | Advance Premium | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Premises - Operations | Products - Completed Operations | Premises - Operations | Products - Completed Operations |
| MULTIPLE INTEREST (T-505) | | | | | | | |
| LOCATION #038 BUILDING #001 | | | | | | | |
| VACANT LAND OTHER THAN NOT FOR PROFIT (T-503) | 49451 | 19 | (T13) | .861 | INCL. | $16.00 | INCL. |
| LOCATION #039 BUILDING #001 | | | | | | | |
| VACANT LAND OTHER THAN NOT FOR PROFIT (T-503) | 49451 | 4 | (T13) | .861 | INCL. | $3.00 | INCL. |
| LOCATION #040 BUILDING #001 | | | | | | | |
| WAREHOUSES OCCUPIED BY MULTIPLE INTEREST (T-503) | 68702 | 81,000 | (A) | 5.983 | INCL. | $485.00 | INCL. |
| LOCATION #041 BUILDING #001 | | | | | | | |
| VACANT LAND OTHER THAN NOT FOR PROFIT (T-503) | 49451 | 1 | (T13) | .861 | INCL. | $1.00 | INCL. |
| LOCATION #042 BUILDING #001 | | | | | | | |
| SHOPPING CENTERS BLGS PREM (T-503) | 67635 | 21,900 | (A) | 28.947 | INCL. | $634.00 | INCL. |
| LOCATION #043 BUILDING #001 | | | | | | | |
| WAREHOUSES OCCUPIED BY MULTIPLE INTEREST (T-505) | 68702 | 60,588 | (A) | 5.306 | INCL. | $321.00 | INCL. |
| LOCATION #044 BUILDING #001 | | | | | | | |
| WAREHOUSES OCCUPIED BY MULTIPLE INTEREST (T-505) | 68702 | 29,700 | (A) | 5.306 | INCL. | $158.00 | INCL. |
| LOCATION #045 BUILDING #001 | | | | | | | |
| WAREHOUSES OCCUPIED BY MULTIPLE INTEREST (T-505) | 68702 | 54,000 | (A) | 5.306 | INCL. | $287.00 | INCL. |
| LOCATION #046 BUILDING #001 | | | | | | | |
| VACANT LAND OTHER THAN NOT FOR PROFIT (T-503) | 49451 | 48 | (T13) | .861 | INCL. | $41.00 | INCL. |
| LOCATION #047 BUILDING #001 | | | | | | | |
| WAREHOUSES OCCUPIED BY SINGLE INTEREST (T-503) | 68703 | 52,990 | (A) | 4.490 | INCL. | $238.00 | INCL. |
| LOCATION #048 BUILDING #001 | | | | | | | |
| VACANT LAND OTHER THAN NOT FOR PROFIT (T-505) | 49451 | 54 | (T13) | .861 | INCL. | $46.00 | INCL. |
| LOCATION #049 BUILDING #001 | | | | | | | |
| WAREHOUSES OCCUPIED BY SINGLE INTEREST (T-505) | 68703 | 30,000 | (A) | 3.973 | INCL. | $119.00 | INCL. |
| LOCATION #050 BUILDING #001 | | | | | | | |
| BUILDINGS PREM MERC MANF | 61212 | 9,560 | (A) | 21.360 | INCL. | $204.00 | INCL. |

CG 7048 (06/92)   INSURED'S COPY

## COMMERCIAL LIABILITY SCHEDULE

| Classification | Class Code | Premium Basis | | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|---|
| | | | | Premises - Operations | Products - Completed Operations | Premises - Operations | Products - Completed Operations |
| OTHER THA (T-503) | | | | | | | |
| LOCATION #051 BUILDING #001 | | | | | | | |
| BUILDINGS PREM MERC MANF OTHER THA (T-503) | 61212 | 10,465 | (A) | 21.360 | INCL. | $224.00 | INCL. |
| LOCATION #053 BUILDING #001 | | | | | | | |
| BUILDINGS PREM MERC MANF OTHER THA (T-503) | 61212 | 40,500 | (A) | 21.360 | INCL. | $865.00 | INCL. |
| LOCATION #054 BUILDING #001 | | | | | | | |
| WAREHOUSES OCCUPIED BY SINGLE INTEREST (T-505) | 68703 | 110,000 | (A) | 3.973 | INCL. | $437.00 | INCL. |
| LOCATION #055 BUILDING #001 | | | | | | | |
| SHOPPING CENTERS BLGS PREM (T-503) | 67635 | 3,311 | (A) | 28.947 | INCL. | $96.00 | INCL. |
| LOCATION #056 BUILDING #001 | | | | | | | |
| VACANT LAND OTHER THAN NOT FOR PROFIT (T-503) | 49451 | 2 | (T13) | .861 | INCL. | $2.00 | INCL. |
| LOCATION #057 BUILDING #001 | | | | | | | |
| VACANT LAND OTHER THAN NOT FOR PROFIT (T-505) | 49451 | 16 | (T13) | .861 | INCL. | $14.00 | INCL. |
| LOCATION #058 BUILDING #001 | | | | | | | |
| VACANT LAND OTHER THAN NOT FOR PROFIT (T-503) | 49451 | 5 | (T13) | .861 | INCL. | $4.00 | INCL. |
| LOCATION #059 BUILDING #001 | | | | | | | |
| VACANT LAND OTHER THAN NOT FOR PROFIT (T-503) | 49451 | 2 | (T13) | .861 | INCL. | $2.00 | INCL. |
| LOCATION #060 BUILDING #001 | | | | | | | |
| VACANT LAND OTHER THAN NOT FOR PROFIT (T-505) | 49451 | 11 | (T13) | .861 | INCL. | $9.00 | INCL. |
| LOCATION #061 BUILDING #001 | | | | | | | |
| VACANT LAND OTHER THAN NOT FOR PROFIT (T-505) | 49451 | 19 | (T13) | .861 | INCL. | $16.00 | INCL. |
| LOCATION #062 BUILDING #001 | | | | | | | |
| VACANT LAND OTHER THAN NOT FOR PROFIT (T-505) | 49451 | 7 | (T13) | .861 | INCL. | $6.00 | INCL. |
| LOCATION #063 BUILDING #001 | | | | | | | |
| VACANT LAND OTHER THAN NOT FOR PROFIT (T-503) | 49451 | 6 | (T13) | .861 | INCL. | $5.00 | INCL. |
| LOCATION #066 BUILDING #001 | | | | | | | |
| VACANT LAND OTHER THAN NOT | 49451 | 2 | (T13) | .861 | INCL. | $2.00 | INCL. |

CG-7045 (06/92)   INSURED'S COPY

## COMMERCIAL LIABILITY SCHEDULE

| Classification | Class Code | Premium Basis | | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|---|
| | | | | Premises - Operations | Products - Completed Operations | Premises - Operations | Products - Completed Operations |
| FOR PROFIT (T-505) | | | | | | | |
| LOCATION #068  BUILDING #001 | | | | | | | |
| VACANT LAND OTHER THAN NOT FOR PROFIT (T-505) | 49451 | .2 | (T13) | .861 | INCL. | $2.00 | INCL. |
| LOCATION #069  BUILDING #001 | | | | | | | |
| SHOPPING CENTERS BLGS PREM (T-505) | 67635 | 10,667 | (A) | 25.627 | INCL. | $273.00 | INCL. |
| LOCATION #070  BUILDING #001 | | | | | | | |
| VACANT LAND OTHER THAN NOT FOR PROFIT (T-505) | 49451 | 3 | (T13) | .861 | INCL. | $3.00 | INCL. |
| LOCATION #072  BUILDING #001 | | | | | | | |
| BUILDINGS PREM MERC MANF OTHER THA (T-505) | 61212 | 605,000 | (A) | 19.063 | INCL. | $11,533.00 | INCL. |
| LOCATION #073  BUILDING #001 | | | | | | | |
| BUILDINGS PREM MERC MANF OTHER THA (T-503) | 61212 | 58,000 | (A) | 21.380 | INCL. | $1,239.00 | INCL. |
| LOCATION #074  BUILDING #001 | | | | | | | |
| BUILDINGS PREM MERC MANF OTHER THA (T-503) | 61212 | 7,500 | (A) | 21.380 | INCL. | $160.00 | INCL. |

CG 7045 (06/92)                          INSURED'S COPY

# COMMERCIAL INLAND MARINE DECLARATIONS

| Policy Effective Date: DECEMBER 31, 2016 | Coverage Effective Date: OCTOBER 19, 2017 |
|---|---|

Insurance is provided only for those coverages shown in the following coverage schedule.

## C o v e r a g e   S c h e d u l e

| Coverage | Premium |
|---|---|
| BUILDERS' RISK | $3,325.00 |
| CONTRACTORS' EQUIPMENT | $1,219.00 |
| FLOOD AND EARTHQUAKE COVERAGE | $1,795.00 |
| ELECTRONIC INFORMATION SYSTEMS | $168.00 |

| Forms and Endorsements: | Premium Amount |
|---|---|
| Refer to "Commercial Policy Forms and Endorsement Schedule" | $6,637.00 (This premium may be subject to adjustment.) |

CM-7071 (07/94)

INSURED'S COPY

**SELECTIVE INSURANCE COMPANY OF SOUTH CAROLINA**
3426 TORINGDON WAY, CHARLOTTE, NC 28277

# POLICY CHANGES

| Named Insured and Address | Policy Period |
|---|---|
| JOHN R FISER INC, JRF PROPERTIES, LLC DBA THE ADAIR COMPANY, JRF PROPERTIES, LLC DBA BROADWAY SQUARE COMPANY, JRF 132 SHERLAKE LN KNOXVILLE, TN 37922-2307 CONTINUED ON SCHEDULE: IL-7041 | From: DECEMBER 31, 2016 To: DECEMBER 31, 2017 Endorsement Effective Date: OCTOBER 19, 2017 |

| Producer | Producer Number: |
|---|---|
| TIS INSURANCE SERVICES INC | 00-41015-00000 |

COVERAGE PART AFFECTED COMMERCIAL INLAND MARINE COVERAGE PART

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

```
FLOOD AND EARTHQUAKE ITEM(S) ADDED AS FOLLOWS:
LOCATION #074/BUILDING #001 HAS BEEN ADDED TO THE INLAND MARINE FLOOD
AND EARTHQUAKE COVERAGE.

THE FOLLOWING INLAND MARINE FORM(S) AND ENDORSEMENT(S) ARE
CHANGED AND ARE EFFECTIVE WITH THE EFFECTIVE DATE OF THIS CHANGE:
IL7025A        11/89   COMMERCIAL POLICY INFORMATION PAGE
IL7028         03/94   POLICY CHANGES ENDORSEMENT

TOTAL INLAND MARINE ADDL/RETURN PREMIUM:        8.00
```

| Forms and Endorsements: | Additional Endorsement Premium |
|---|---|
| IL 70 25A 1189  COMMERCIAL POLICY INFORMATION PAGE CM 70 71  0794  COMMERCIAL INLAND MARINE DECLARATIONS CM 70 96A 0792  CONTRACTORS EQUIPMENT COVERAGE CM 71 00  0310  ELECTRONIC INFORMATION SYSTEMS SUPPL DEC CONTINUED ON SCHEDULE: IL-7035 **NOTICE TO POLICY HOLDER:** All the forms and endorsements contained in this coverage part as of the Endorsement Effective Date are listed above. Forms and endorsements added to this policy after this date will appear on another Policy Changes endorsement. Please read your policy and all "Policy Changes" carefully. | $8.00 REG - 1 (This premium may be subject to adjustment.) |

Date Issued: OCTOBER 24, 2017

Authorized Representative _____

Issuing Office: SOUTHERN REGION

IL-7028 (03/94)

INSURED'S COPY

# COMMERCIAL POLICY FORMS AND ENDORSEMENT SCHEDULE

| Policy Effective Date: DECEMBER 31, 2016 | Schedule Effective Date OCTOBER 19, 2017 |
| --- | --- |

CONTINUATION OF FORMS FOR ENDORSEMENT NUMBER IR0006

```
CM 71 04A  0713   BUILDERS RISK SUPPL DEC
IM 78 05   0707   SCHEDULE OF COVERAGES - DIC
CL 01 00   0399   COMMON POLICY CONDITIONS
CL 01 18   0101   AMENDATORY ENDORSEMENT-TN
CL 06 00   0115   CERTIFIED TERRORISM LOSSES
CL 07 00   1006   VIRUS OR BACTERIA EXCLUSION
CM 00 01   0695   COMMERCIAL INLAND MARINE CONDITIONS
CM 70 97   0312   CONTRACTORS EQUIPMENT COVERAGE FORM
CM 71 01   0310   ELECTRONIC INFO SYS COVERAGE FORM
CM 71 05   0713   BUILDERS RISK COVERAGE FORM
CM 71 15   0312   CONTRACTORS EQUIPMENT LEASED/RENTED
CM 71 50   0694   LOSS PAYEES SCHEDULE
CM 71 85   0713   BUILDERS RISK EQUIPMENT BREAKDOWN
CM 72 00   0112   LIBERALIZATION
IL 00 03   0908   CALCULATION OF PREMIUM
IL 00 17   1198   COMMON POLICY CONDITIONS
IL 02 50   0908   TN CHANGES-CANC AND NONRENEWAL
IL 09 52   0115   CAP ON LOSS FROM CERT ACTS OF TERRORISM
IL 09 85A  0115   DISCL PURSUANT TO TERR RISK INS ACT
IM 78 00   0407   DIC-PROPERTY COVERAGE PART
IN 01 29   0116   NOTICE - OFFER OF TERR COV AND REJECTION
```

**NOTICE TO POLICYHOLDER:** All the forms and endorsements contained in this policy as of the "Schedule Effective Date" are listed above. Forms and endorsements added to the policy after this date will appear on a "Policy Changes" endorsement. Please read your policy and all "Policy Changes" carefully.

**NOTE:** All applicable "IL" endorsements will be attached in the Common Section of the policy.

# EXHIBIT C



GEOServices, LLC-Geotechnical and Materials Engineers

December 20, 2017

Fiser, Inc.
201 Sherlake Lane
Knoxville, Tennessee 37922

Attention:    Mr. Chris Cole
              ccole@fiserinc.com

Subject:      **ADDENDUM NO. 2**
              **REPORT OF LIMITED GEOTECHNICAL EXPLORATION**
              **Northpark Boulevard Building 4**
              Alcoa, Tennessee
              GEOServices Project No. 21-16708

Dear Mr. Cole:

GEOServices, LLC (GEOServices) is pleased to provide this Addendum No. 2 to our "Report of Limited Geotechnical Exploration, Northpark Boulevard Buildings 4, 5, and 10 Distress Evaluation", dated November 14, 2016. Our services were performed in accordance with our Proposal No. 11-16325, dated October 6, 2016, and as authorized by you. The purpose of this Addendum No. 2 is to provide the results of our review of a "Supplemental Report of Findings", prepared by Rimkus Consulting Group, Inc., (Rimkus), dated December 8, 2017.

**Background**

GEOServices performed a limited geotechnical exploration at Building 4 the results of which were provided in our November 14, 2016 report. The results of that exploration indicated that subsidence due to sinkhole activity was the most likely cause of the observed distress at Building 4. Subsequently, Rimkus was retained by the Selective Insurance Company to perform an exploration at the site, the results of which were presented in a "Report of Findings", dated March 7, 2017. In this report, Rimkus attributed the distress to conditions not related to sinkhole activity. Information related by Agate Foundations & Piering, Inc. (Agate) personnel during the installation of stabilizing push-piers at Building 4 brought into question the true nature of the cause of the

distress and subsequent exploration was performed by Rimkus. The results of the most recent Rimkus exploration were provided in their previously referenced December 8, 2017 report.

**Recent Exploration**

During the most recent exploration, two borings B-3 and B-4, were drilled by Rimkus subcontractor Master Drillers, Inc., in the area along the south wall of Building 4. These borings generally encountered 14 to 16 feet of firm to very stiff clay fill soil with few chert fragments. Asphalt and crushed stone was encountered at a depth of about 15 feet in boring B-4.

Residual soil was encountered underlying the fill in each of the borings. The residual soils consisted of soft to stiff clay soil with occasional chert fragments. The soft residuum was encountered in the zone overlying refusal in Boring B-4. Refusal in borings B-3 and B-4 was encountered at depths of 34.5 and 44.0 feet, respectively. Borings B-3 and B-4 were drilled using fluid-rotary (wash) drilling techniques and loss of circulation was observed at depths of 32.5 and 33.5 feet, respectively.

**Discussion of Findings Relative to Industry Standard**

GEOServices is a consulting engineering firm operating in Knoxville, Tennessee that conducts hundreds of geotechnical explorations each year. Given the geologic setting and soils typically present in East Tennessee, most of our geotechnical services include developing conclusions and recommendations regarding soils having some susceptibility to volume change and the potential for sinkhole development.

In the consulting engineering profession, services are typically performed to a certain standard of care. This standard of care is the level of practice normally exercised by geotechnical professionals operating within a geographic area. It is our opinion that the conclusions in the most recent Rimkus report with regards to soil volume change and sinkhole activity are not consistent with the standard of care normally exercised in this geographic area.



2

In this addendum we present our conclusions as the to cause of the observed distress. Our conclusions are based upon a review of the data obtained during the previous GEOServices and Rimkus explorations for Building 4. We also provide a discussion of our conclusions relative to the standard of care normally exercised by geotechnical engineers practicing in our region.

## *Soil Volume Change*

Table 1 below shows the results of plasticity testing performed on soil samples obtained at Building 4.

Table 1 – Plasticity Test Data

| Boring | Depth (ft) | Date[1] | LL (%) | PL (%) | PI (%) |
|--------|-----------|---------|--------|--------|--------|
| B-3[2] | 1.0-2.5 | 11/14/2016 | 49 | 22 | 27 |
| B-1[3] | 6.0-8.0 | 03/07/2017 | 64 | 33 | 31 |
| B-2[3] | 6.0-8.0 | 03/07/2017 | 55 | 33 | 22 |
| B-3[3] | 10.0-12.0 | 12/08/2017 | 52 | 33 | 19 |
| B-4[3] | 8.0-10.0 | 12/08/2017 | 37 | 23 | 14 |
| B-4[3] | 18.5-20.0 | 12/08/2017 | 57 | 36 | 21 |

Note 1: Date of report containing the test data
Note 2: GEOServices report
Note 3: Rimkus report
LL – Liquid Limit, PL – Plastic Limit, PI – Plasticity Index

The following paragraph is the standard of care, which respect to the soils susceptibility to volume change, normally exercised by geotechnical engineers providing services in East Tennessee:

*According to published data for a climate similar to that of East Tennessee, soils with PIs lower than 30 are slightly susceptible to volume changes, and soils with PIs higher than 50 are generally highly susceptible to volume changes. Soils with PIs between these limits have moderate volume change potential.*

From Table 1, it is evident that the soils present at the site primarily fall within the slight range of susceptibility to volume change. Only one of the tested samples is just over the upper limit for the slightly susceptible category. Based on the results of the laboratory testing performed, it is not likely that soil volume change is a potential cause of the distress at Building 4.



3

<u>*Subsurface Conditions Indicative of Sinkhole Activity*</u>

Rimkus drilled two borings along the central portion of the south wall as part of the exploratory services at Building 4. Boring B-1 was drilled during the initial exploration and Boring B-4 was drilled during the subsequent exploration. This central area of the building is where the most distress was observed and where the greatest differential floor movement was reported in the Rimkus March 2017 report floor elevation survey.

Boring B-1 encountered a zone of soft soil, approximately 10 feet in thickness, overlying refusal. Boring B-4 of the most recent exploration encountered a similar zone of soft soil (although incorrectly labeled as firm soil on the Rimkus boring log) overlying refusal. The borings of the recent exploration were drilled using fluid-rotary techniques, and circulation loss was observed at a depth of 33.5 feet in Boring B-4. The depth where fluid circulation was lost was 10.5 feet above the depth of auger refusal and occurred within the residual soil interval.

*Subsurface conditions which are considered consistent with sinkhole activity include zones of soft soil overlying bedrock and loss of drilling fluid circulation especially within the residual soil overburden. This is the standard of care with respect to subsurface conditions which are indicative of sinkhole activity practiced by geotechnical engineers in this region.*

The following provides a description of the expected residual soil profile in areas of sinkhole activity taken from the text "Building on Sinkholes", by George F. Sowers, 1996: *"By way of contrast, residual soils over limestone are usually strongest in the uppermost 3 to 20 ft (1 to 6 m) and with more or less uniform strength for much of the remaining soil depth. However, beginning 5 to 15 ft (1.5 to 4 m) above the limestone surface, the soil becomes significantly softer with increasing depth. This is reflected in the standard penetration resistance, N, shown in in Fig 2.10"* The attached Figure 1 shows Fig. 2.10 from the reference.

From the same reference, we note: *"Often, drilling water or drilling fluid is lost in the soft horizon when making exploratory borings or holes for remedial grouting."* with regards to loss of drilling fluid circulation in areas of sinkhole activity.



Both Rimkus borings drilled in the central portion of Building 4, where the most distress was reported, encountered a zone of soft soil approximately 10 feet thick overlying refusal. Boring B-4, which was the only of these two central area borings drilled using fluid rotary techniques, lost fluid circulation at 10.5 feet above refusal in the residual soil.

The zones of soft soil overlying refusal and loss of drilling fluid are common indicators of ongoing sinkhole activity. This conclusion is further supported by a review of the Rimkus ERT Transect 1 (Rimkus March 2017 report) which shows a zone of low resistivity material (consistent with soft soil) below the interval of higher resistivity fill soil in the central building area. Given this information, we do not feel it is reasonable to exclude sinkhole activity as the likely potential cause of the observed distress. We feel that a conclusion similar to ours would be reached by others practicing geotechnical engineering in our area after review of the available information.

*Closed Depression*

The December 2017 Rimkus report seems to imply that Building 4 was not constructed within a closed contour depression. The attached Figure 2 is a section of the United States Geological Survey (USGS) Geologic Map of the Maryville Quadrangle (Cattermole, 1962) with an aerial overlay produced using the USGS Website (**https://ngmdb.usgs.gov/mapview/**) at the location of Building 4. As it is somewhat difficulty to replicate the image in a figure and replicate the opacity feature of the website; the reader is encouraged to visit the USGS website to view the geologic map and aerial photo overlay. Upon review of the USGS map and aerial overlay, it is evident that Building 4 was constructed within a mapped closed contour depression. The entire 900-foot elevation contour shown on the map is hatched, indicating a closed contour depression. The USGS topographic map (which can be viewed using the same USGS website) also clearly shows the closed depression.

The following statement may be used to describe the standard of care with respect to closed depressions typically practiced by geotechnical engineers in this region:

*We believe that the process of sinkhole development is ongoing; further, those areas that now contain closed depressions are more likely to develop additional sinkholes or experience*



5

*additional subsidence than those areas that do not presently contain these karst features. Because of the uncertain performance of structures founded on soil over sinkholes, it is generally our policy to recommend that buildings not be constructed over closed depressions or sinkholes.*

Building 4 is located with a mapped closed contour depression; an area having an elevated risk of sinkhole formation. The existence of the mapped closed depression at Building 4, along with the indications of sinkhole activity encountered in Rimkus borings B-1 and B-4, further supports the conclusion that the observed distress is the result of sinkhole activity.

### Existing Fill

The most recent borings from the December 2017 Rimkus report (B-3 and B-4) were drilled in areas near the structure, where the composition and degree of compaction of the existing fill is likely more representative than in the borings drilled away from the structure. The fill encountered in the borings was classified as firm to very stiff clay soil with SPT N-values ranging from 6 to 23 blows per foot. The fill was observed to contain few chert fragments and in one sample, asphalt and crushed aggregate. As noted in the Rimkus report, it is possible that some of the N-values were inflated by the presence of the chert fragments. Given the often stiff to very stiff nature of the fill, it is not thought that the N-values were inflated to the degree where the few chert fragments masked thick zones of soft soil.

Up to 3.5 inches of differential settlement was indicated by the Rimkus floor elevation survey (March 2017 report). It is thought that this amount of settlement related to the existing fill would require thick zones of soft fill or concentrated organic debris undergoing decay and subsequent compression. Neither significant zones of soft soil nor concentrated organic debris was encountered in the borings drilled near the structure.

### Conclusion

The borings (Rimkus B-1 and B-4) drilled along the central portion of Building 4 encountered subsurface conditions indicative of sinkhole activity. The borings encountered a zone of soft soil overlying bedrock. Drilling fluid circulation loss was also observed (10.5 feet above the refusal depth) in the only boring drilled with this central area using fluid-rotary techniques. The site is



6

located within a geologic formation favorable for sinkhole development (Knox Group undifferentiated). Further, Building 4 is located with a mapped closed contour depression, an area having an elevated risk for sinkhole formation. Given the relatively higher consistency of the fill in borings B-3 and B-4 drilled near Building 4 and the soils slight susceptibility to volume change, it is our opinion the observed distress is the result of sinkhole induced subsidence. Our conclusions are based upon the applicable standards of our practice in this geographic area.

We appreciate the opportunity to have been of service to you on this project. Please contact us with any questions you may have regarding this letter.

Sincerely,
**GEOServices, LLC**

Matthew B. Haston, P.E.
Senior Geotechnical Engineer
TN No. 109,269

W. Ros Kingery III, P.E.
Vice President
TN No. 111,645

Attachment:      Figure 1 – Figure 2.10 from Reference
                  Figure 2 – USGS Geologic Map and Aerial Photo Overlay

**GEOS**

7



LIMESTONE, DOLOMITE, MARBLE

FIG. 2.10.  Residual Soil and Rock Profile in Solutioned Limestone with
Significant Secondary Porosity in the Form of Vertical and Horizontal Cracks
[The Relative Strength of the Residual Materials Are Indicated by the Stan-
dard Penetration Resistance, N, in Blows per foot (300 mm) of a 140-lb
(63.6-kg) Hammer Falling 30 in. (762 mm) Required to Drive a 1.4-in.(35.6-
mm) I.D, 2 in.(50.8 mm) O.D Sampler 1 ft (305 mm)]

Reference: Figure 2.10 from "Building on Sinkholes" by George F. Sowers, 1996.

| SCALE: | NTS | | | FIGURE NO: |
| --- | --- | --- | --- | --- |
| CHECKED BY: | WRK | **GEOS** | Figure 2.10 Reference | |
| DRAWN BY: | MBH | GEOServices, LLC-Geotechnical and Materials Engineers | Building 4 Northpark | **1** |
| DATE: | December 20, 2017 | | Alcoa, Tennessee | |
| | | | JOB NO: 21-16708 | |



N ←

CLOSED DEPRESSION

BUILDING 4

GEOS
GEOServices, LLC-Geotechnical and Materials Engineers

| SCALE: | Not to Scale |
| CHECKED BY: | WRK |
| DRAWN BY: | MBH |
| DATE: | December 18, 2017 |

Geologic Map/Aerial Overlay
Building 4 Northpark
Alcoa, Tennessee

JOB NO: 21-16708

FIGURE NO:
2

Reference: USGS Mapview Website
(https://ngmdb.usgs.gov/mapview/)
Geologic Map of the Maryville
Quadrangle, TN (Cattermole, 1962)



**GEOServices, LLC-Geotechnical and Materials Engineers**

January 9, 2018

Fiser, Inc.
201 Sherlake Lane
Knoxville, Tennessee 37922

Attention:   Mr. Chris Cole
             **ccole@fiserinc.com**

Subject:     **ADDENDUM NO. 3**
             **REPORT OF LIMITED GEOTECHNICAL EXPLORATION**
             **Northpark Boulevard Building 4**
             Alcoa, Tennessee
             GEOServices Project No. 21-16708

Dear Mr. Cole:

GEOServices, LLC (GEOServices) is pleased to provide this Addendum No. 3 to our "Report of Limited Geotechnical Exploration, Northpark Boulevard Buildings 4, 5, and 10 Distress Evaluation", dated November 14, 2016, and our "Addendum No, 2", dated December 20, 2017. Our services were performed in accordance with our Proposal No. 11-16325, dated October 6, 2016, and as authorized by you. The purpose of this Addendum No. 3 is to further expound upon the results of our review of a "Supplemental Report of Findings", prepared by Rimkus Consulting Group, Inc., (Rimkus), dated December 8, 2017 and to provide our professional opinion as to the results of our limited geo technical exploration as set forth herein.

**Background**

GEOServices performed a limited geotechnical exploration at Building 4 the results of which were provided in our November 14, 2016 report. The results of that exploration indicated that subsidence due to sinkhole activity was the most likely cause of the observed distress at Building 4. Subsequently, Rimkus was retained by the Selective Insurance Company to perform an exploration at the site, the results of which were presented in a "Report of Findings", dated March 7, 2017. In this report, Rimkus attributed the distress to conditions not related to sinkhole activity.

---

Information related by Agate Foundations & Piering, Inc. (Agate) personnel during the installation of stabilizing push-piers at Building 4 brought into question the true nature of the cause of the distress and subsequent exploration was performed by Rimkus. The results of the most recent Rimkus exploration were provided in their previously referenced December 8, 2017 report. As set forth in our Addendum No. 2 our Findings are consistent with our professional opinion that Building No. 4 has been structurally damaged by foundation displacement or deflection caused by a sinkhole.

## Recent Exploration

During the most recent exploration, two borings B-3 and B-4, were drilled by Rimkus subcontractor Master Drillers, Inc., in the area along the south wall of Building 4. These borings generally encountered 14 to 16 feet of firm to very stiff clay fill soil with few chert fragments. Asphalt and crushed stone was encountered at a depth of about 15 feet in boring B-4.

Residual soil was encountered underlying the fill in each of the borings. The residual soils consisted of soft to stiff clay soil with occasional chert fragments. The soft residuum was encountered in the zone overlying refusal in Boring B-4. Refusal in borings B-3 and B-4 was encountered at depths of 34.5 and 44.0 feet, respectively. Borings B-3 and B-4 were drilled using fluid-rotary (wash) drilling techniques and loss of circulation was observed at depths of 32.5 and 33.5 feet, respectively.

## Discussion of Findings Relative to Industry Standard

GEOServices is a consulting engineering firm operating in Knoxville, Tennessee that conducts hundreds of geotechnical explorations each year. Given the geologic setting and soils typically present in East Tennessee, most of our geotechnical services include developing conclusions and recommendations regarding soils having some susceptibility to volume change and the potential for sinkhole development.



2

In the consulting engineering profession, services are typically performed to a certain standard of care. This standard of care is the level of practice normally exercised by geotechnical professionals operating within a geographic area. It is our opinion that the conclusions in the most recent Rimkus report with regards to soil volume change and sinkhole activity are not consistent with the standard of care normally exercised in this geographic area.

In both Addendum No. 2 and this present Addendum No. 3, we present our conclusions as the to cause of the observed distress to Building No. 4 caused by sinkhole activity due to subterranean voids at the building in question. Our conclusions are based upon a review of the data obtained during the previous GEOServices and Rimkus explorations for Building 4. We also provide a discussion of our conclusions relative to the standard of care normally exercised by geotechnical engineers practicing in our region.

## *Soil Volume Change*

Table 1 below shows the results of plasticity testing performed on soil samples obtained at Building 4.

### Table 1 – Plasticity Test Data

| Boring | Depth (ft) | Date[1] | LL (%) | PL (%) | PI (%) |
|--------|-----------|---------|--------|--------|--------|
| B-3[2] | 1.0-2.5 | 11/14/2016 | 49 | 22 | 27 |
| B-1[3] | 6.0-8.0 | 03/07/2017 | 64 | 33 | 31 |
| B-2[3] | 6.0-8.0 | 03/07/2017 | 55 | 33 | 22 |
| B-3[3] | 10.0-12.0 | 12/08/2017 | 52 | 33 | 19 |
| B-4[3] | 8.0-10.0 | 12/08/2017 | 37 | 23 | 14 |
| B-4[3] | 18.5-20.0 | 12/08/2017 | 57 | 36 | 21 |

Note 1: Date of report containing the test data
Note 2: GEOServices report
Note 3: Rimkus report
LL – Liquid Limit, PL – Plastic Limit, PI – Plasticity Index

The following paragraph is the standard of care, which respect to the soils susceptibility to volume change, normally exercised by geotechnical engineers providing services in East Tennessee:

*According to published data for a climate similar to that of East Tennessee, soils with PIs lower than 30 are slightly susceptible to volume changes, and soils with PIs higher than 50 are generally*



3

*highly susceptible to volume changes. Soils with PIs between these limits have moderate volume change potential.*

From Table 1, it is evident that the soils present at the site primarily fall within the slight range of susceptibility to volume change. Only one of the tested samples is just over the upper limit for the slightly susceptible category. Based on the results of the laboratory testing performed, it is not likely that soil volume change is a potential cause of the distress at Building 4.

### *Subsurface Conditions Indicative of Sinkhole Activity*

Rimkus drilled two borings along the central portion of the south wall as part of the exploratory services at Building 4. Boring B-1 was drilled during the initial exploration and Boring B-4 was drilled during the subsequent exploration. This central area of the building is where the most distress was observed and where the greatest differential floor movement was reported in the Rimkus March 2017 report floor elevation survey.

Boring B-1 encountered a zone of soft soil, approximately 10 feet in thickness, overlying refusal. Boring B-4 of the most recent exploration encountered a similar zone of soft soil (although incorrectly labeled as firm soil on the Rimkus boring log) overlying refusal. The borings of the recent exploration were drilled using fluid-rotary techniques, and circulation loss was observed at a depth of 33.5 feet in Boring B-4. The depth where fluid circulation was lost was 10.5 feet above the depth of auger refusal and occurred within the residual soil interval.

*Subsurface conditions which are considered consistent with sinkhole activity include zones of soft soil overlying bedrock and loss of drilling fluid circulation especially within the residual soil overburden. The geological findings at Building No. 4 are consistent with sudden settlement or collapse of earth supporting Building No. 4 into clear and discovered subterranean voids created by the action of water on a limestone or similar rock formation. The damage to Building No. 4 has not been caused by simple movement of the earth rather based on the geographical findings has been both sinkhole activity, being settlement or systematic weakening of the earth supporting Building No.4 resulting from contemporaneous movement or raveling of soils, sediments, or rock materials, into subterranean voids created by the effect of groundwater erosion on a limestone or*



similar rock formation. This is the standard of care with respect to subsurface conditions which are indicative of sinkhole activity and collapse practiced by geotechnical engineers in this region.

The following provides a description of the expected residual soil profile in areas of sinkhole activity taken from the text "Building on Sinkholes", by George F. Sowers, 1996: *"By way of contrast, residual soils over limestone are usually strongest in the uppermost 3 to 20 ft (1 to 6 m) and with more or less uniform strength for much of the remaining soil depth. However, beginning 5 to 15 ft (1.5 to 4 m) above the limestone surface, the soil becomes significantly softer with increasing depth. This is reflected in the standard penetration resistance, N, shown in in Fig 2.10"* The attached Figure 1 shows Fig. 2.10 from the reference.

From the same reference, we note: *"Often, drilling water or drilling fluid is lost in the soft horizon when making exploratory borings or holes for remedial grouting."* with regards to loss of drilling fluid circulation in areas of sinkhole activity. Sinkhole activity and/or sinkhole collapse, as more specifically set forth above, into the subterranean voids are more likely than not the cause of the settling and damage at Building No. 4.

Both Rimkus borings drilled in the central portion of Building 4, where the most distress was reported, encountered a zone of soft soil approximately 10 feet thick overlying refusal. Boring B-4, which was the only of these two central area borings drilled using fluid rotary techniques, lost fluid circulation at 10.5 feet above refusal in the residual soil.

The zones of soft soil overlying refusal and loss of drilling fluid are common indicators of ongoing sinkhole activity. This conclusion is further supported by a review of the Rimkus ERT Transect 1 (Rimkus March 2017 report) which shows a zone of low resistivity material (consistent with soft soil) below the interval of higher resistivity fill soil in the central building area. Given this information, we do not feel it is reasonable to exclude as the report of Rimkus does, sinkhole activity as the likely potential cause of the observed distress. We feel that a conclusion similar to ours would be reached by others practicing geotechnical engineering in our area after review of the available information including but not limited to the loss of fluid circulation at both 10,5 feet



5

and 33.5 feet as detailed herein more likely than not supports the presence of sinkhole activity and sinkhole collapse, as again stated above.

### *Closed Depression*

The December 2017 Rimkus report seems to imply that Building 4 was not constructed within a closed contour depression. The attached Figure 2 is a section of the United States Geological Survey (USGS) Geologic Map of the Maryville Quadrangle (Cattermole, 1962) with an aerial overlay produced using the USGS Website (**https://ngmdb.usgs.gov/mapview/**) at the location of Building 4. As it is somewhat difficulty to replicate the image in a figure and replicate the opacity feature of the website; the reader is encouraged to visit the USGS website to view the geologic map and aerial photo overlay. Upon review of the USGS map and aerial overlay, it is evident that Building 4 was constructed within a mapped closed contour depression. The entire 900-foot elevation contour shown on the map is hatched, indicating a closed contour depression. The USGS topographic map (which can be viewed using the same USGS website) also clearly shows the closed depression.

The following statement may be used to describe the standard of care with respect to closed depressions typically practiced by geotechnical engineers in this region:

*We believe that the process of sinkhole development is ongoing; further, those areas that now contain closed depressions are more likely to develop additional sinkholes or experience additional subsidence than those areas that do not presently contain these karst features. Because of the uncertain performance of structures founded on soil over sinkholes, it is generally our policy to recommend that buildings <u>not</u> be constructed over closed depressions or sinkholes.*

Building 4 is located with a mapped closed contour depression; an area having an elevated risk of sinkhole formation. The existence of the mapped closed depression at Building 4, along with the indications of sinkhole activity encountered in Rimkus borings B-1 and B-4, further supports the conclusion that the observed distress is the result of sinkhole activity.



## *Existing Fill*

The most recent borings from the December 2017 Rimkus report (B-3 and B-4) were drilled in areas near the structure, where the composition and degree of compaction of the existing fill is likely more representative than in the borings drilled away from the structure. The fill encountered in the borings was classified as firm to very stiff clay soil with SPT N-values ranging from 6 to 23 blows per foot. The fill was observed to contain few chert fragments and in one sample, asphalt and crushed aggregate. As noted in the Rimkus report, it is possible that some of the N-values were inflated by the presence of the chert fragments. Given the often stiff to very stiff nature of the fill, it is not thought that the N-values were inflated to the degree where the few chert fragments masked thick zones of soft soil.

Up to 3.5 inches of differential settlement was indicated by the Rimkus floor elevation survey (March 2017 report). It is thought that this amount of settlement related to the existing fill would require thick zones of soft fill or concentrated organic debris undergoing decay and subsequent compression. Neither significant zones of soft soil nor concentrated organic debris was encountered in the borings drilled near the structure.

## Conclusion

The borings (Rimkus B-1 and B-4) drilled along the central portion of Building 4 encountered subsurface conditions indicative of sinkhole activity. The borings encountered a zone of soft soil overlying bedrock. Drilling fluid circulation loss was also observed (10.5 feet above the refusal depth) in the only boring drilled with this central area using fluid-rotary techniques. The site is located within a geologic formation favorable for sinkhole development (Knox Group undifferentiated). Further, Building 4 is located with a mapped closed contour depression, an area having an elevated risk for sinkhole formation. Given the relatively higher consistency of the fill in borings B-3 and B-4 drilled near Building 4 and the soils slight susceptibility to volume change, it is our opinion the observed distress is the result of sinkhole induced subsidence from a sudden settlement or collapse of earth supporting Building No. 4 into the subterranean voids created by the dissolution of limestone or dolostone strata from groundwater erosion causing a surface subsidence of soil, sediment or rock. Our conclusions are based upon the applicable standards of our practice in this geographic area.



7



8

We appreciate the opportunity to have been of service to you on this project. Please contact us with any questions you may have regarding this letter.

Sincerely,
**GEOServices, LLC**

Matthew B. Haston, P.E.
Senior Geotechnical Engineer
TN No. 109,269

W. Ros Kingery III, P.E.
Vice President
TN No. 111,645

Attachment:      Figure 1 – Figure 2.10 from Reference
                 Figure 2 – USGS Geologic Map and Aerial Photo Overlay

**GEOS**

9

**IN THE CIRCUIT COURT FOR BLOUNT COUNTY, TENNESSEE**

| | | |
|---|---|---|
| JOHN R. FISER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. _____ |
| | | EQUITY |
| SELECTIVE INSURANCE COMPANY | ) | |
| OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## COST BOND

JOHN R. FISER, INC., as Principal, and Bernstein, Stair & McAdams LLP, as Surety, are held and firmly bound unto the Clerk of the Blount County Circuit Court, for the payment of all costs awarded against the principal. To that end we bind ourselves our heirs, executors and administrators.

The Principal is commencing legal proceeding in the Blount County Circuit Court. If the Principal shall pay all costs which are adjudged against him, then this obligation is void. If the Principal fails to pay, then the surety shall undertake to pay all costs adjudged against the Principal. Mandated at T.C.A. § 20-12-120, et seq.

**PRINCIPAL**

By: _____
JOHN R. FISER, INC.
123 Sherlake Lane
Knoxville, Tennessee 37922

**SURETY**
**BERNSTEIN, STAIR & MCADAMS, LLP**

By: _____
W. TYLER CHASTAIN (BPR #016029)
BERNSTEIN, STAIR & McADAMS LLP
116 Agnes Road
Knoxville, Tennessee 37919
865-546-8030



U.S. POSTAGE ⇒ PITNEY BOWES

ZIP 37243 $ 013.45⁰
02 4W
0000346000 OCT. 23. 2018

FIRST CLASS

CERTIFIED MAIL

7017 1450 0002 1332 9605

Service of Process
Dept. of Commerce & Insurance
500 James Robertson Pkwy.-7th Floor
Nashville TN 37243-1131

7017 1450 0002 1332 9605
SELECTIVE INS CO OF AMERICA
2908 POSTON AVENUE, % C S C
NASHVILLE, TN 37203

10/19/2016

**STATE OF TENNESSEE**
**Department of Commerce and Insurance**
**500 James Robertson Parkway**
**Nashville, TN 37243-1131**
**PH - 615.532.5260, FX - 615.532.2788**
**Jerald.E.Gilbert@tn.gov**

October 19, 2018

Selective Ins Co Of America
2908 Poston Avenue, % C S C
Nashville, TN 37203
NAIC # 12572

Certified Mail
Return Receipt Requested
7017 1450 0002 1332 9605
Cashier # 41281

Re:    John R. Riser, Inc.   V.   Selective Ins Co Of America

       Docket # L-20005

To Whom It May Concern:

Pursuant to Tennessee Code Annotated § 56-2-504 or § 56-2-506, the Department of
Commerce and Insurance was served October 18, 2018, on your behalf in connection with th
above-styled proceeding.  Documentation relating to the subject is herein enclosed.

Jerald E. Gilbert
Designated Agent
Service of Process

Enclosures

cc: Circuit Court Clerk
    Blount County
    926 E. Lamar Alexander Pkwy.
    Maryville, Tn 37804-6201

por

DEFENDANTS COPY

## IN THE CIRCUIT COURT FOR BLOUNT COUNTY, TENNESSEE

FILED

OCT 01 2018

TOM HATCHER
CIRCUIT COURT CLERK.

| | | |
|---|---|---|
| JOHN R. FISER, INC., | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. L-20005 |
| | ) | EQUITY |
| SELECTIVE INSURANCE COMPANY | ) | |
| OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

### SUMMONS

**TO THE ABOVE NAMED DEFENDANT(S):**

You are hereby summoned and required to serve upon, W. TYLER CHASTAIN, plaintiff's attorney,

whose address is BERNSTEIN, STAIR & McADAMS LLP, 116 Agnes Road, Knoxville, Tennessee 37919,

an answer to the complaint herewith served upon you within 30 days after service of this summons and

complaint upon you, exclusive of the date of service. If you fail to do so, judgment by default can be taken

against you for the relief demanded in the complaint.

Issued and tested this 1 day of Oct, 2018.

_____
CLERK

_____
DEPUTY CLERK

### NOTICE

To the defendant(s):

Tennessee Law provides a ten thousand dollars ($10,000.00) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by Law and do not need to be listed; these include items of necessary wearing apparel for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

**SERVICE INFORMATION**

To the process server: **SELECTIVE INSURANCE COMPANY OF AMERICA may be served through its registered agent, Insurance Commissioner, Tennessee Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, Tennessee.**

**RETURN**

I received this summons on the _____ day of _____, 2018.

I hereby certify and return that on the _____ day of _____, 2018.

_____ I served this summons and a complaint on defendant _____ in the following manner:

_____ I failed to serve this summons within 90 days after its issuance because:

_____
Process Server