IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| JOHN R. FISER, INC., | ) |
|     Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 3:18-cv-00482 |
| SELECTIVE INSURANCE COMPANY OF SOUTH CAROLINA, | ) JURY DEMANDED ) ) |
|     Defendant. | ) ) |

## NOTICE OF SETTLEMENT

As indicated by the signatures of counsel below, the parties have settled the above captioned case. The parties will later submit a dismissal and any other appropriate documents to the Court, but wanted the Court to be aware of the settlement.

Respectfully submitted,

**SPICER RUDSTROM, PLLC**

/**s/** Michael J. Vetter, Sr.
Michael J. Vetter, Sr.
BPR# 13642
Bank of America Tower
414 Union Street, Suite 1700
Nashville, Tennessee 37219-1823
(615) 259-9080 telephone
mjv@spicerfirm.com

**BERNSTEIN, STAIR & MCADAMS, LLP**

/**s/** W. Tyler Chastain
W. Tyler Chastain
BPR# 16029
116 Agnes Road
Knoxville, TN 37919
(865) 546-8030