# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| JOHN R. FISER, INC., ) | |
| ) | Case No. 3:18-cv-482 |
| *Plaintiff*, ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge H. Bruce Guyton |
| SELECTIVE INSURANCE COMPANY ) | |
| OF AMERICA, ) | |
| ) | |
| *Defendant*. ) | |

## ORDER

The parties have filed a notice of settlement (Doc. 38). Based on this representation, the final pretrial conference set for January 13, 2020, and the trial scheduled to begin on January 27, 2020, are **CANCELLED**. Additionally, the parties are hereby **ORDERED** to file a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) on or before February 7, 2020. The parties are **ON NOTICE** that, if no stipulation of dismissal is filed by that deadline, the Court will dismiss this action with prejudice pursuant to Rule 41(b) and Local Rule 68.1.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**