# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| JOHN R. FISER, Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:18-cv-00482 |
| ) | |
| SELECTIVE INSURANCE COMPANY ) | JURY DEMAND |
| OF SOUTH CAROLINA, ) | |
| ) | |
| Defendant. ) | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

As indicated by the signatures of counsel below, it is agreed that the above-captioned case should be dismissed with prejudice.

Plaintiff's counsel has verified there are no known liens or subrogation claims that remain unaddressed in this action. Plaintiff shall satisfy any and all claims by way of lien and/or subrogation and any derivative claims asserted as a result of the damages and injuries alleged in this cause.

Based upon the foregoing, and there being good cause, it is hereby **STIPULATED AND AGREED** that the case is dismissed with prejudice as to all claims that were made or could have been made herein by the parties related to the matters discussed by the Complaint and Amended Complaint. The plaintiff is responsible for any and all liens and subrogation claims and each party shall bear their own discretionary costs.

**Approved and Agreed:**

**SPICER RUDSTROM, PLLC**

/**s/** Michael J. Vetter, Sr.
Michael J. Vetter, Sr.
BPR# 13642
Bank of America Tower
414 Union Street, Suite 1700
Nashville, Tennessee 37219-1823
(615) 259-9080 telephone
(615) 259-1522 facsimile
Counsel for Selective Insurance Company of South Carolina


**BERNSTEIN, STAIR & MCADAMS, LLP**

/**s/** W. Tyler Chastain
W. Tyler Chastain
BPR# 016029
116 Agnes Road
Knoxville, TN 37919
(865) 546-8030
Counsel for Plaintiff